UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.

    Plaintiff

v.

    CIVIL ACTION NO.
    04-12000 RWZ

GREENBERG TRAURIG, LLP., A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC.,

    Defendants.

### AFFIDAVIT OF SERVICE OF PROCESS UPON ECKERT, SEAMANS. CHERIN AND MELLOTT LLC

JESSICA BLOCK, being duly sworn, deposes and states as follows:

1.    I, Jessica Block, am a partner in the law firm of Block & Roos, LLP, counsel to the plaintiff, International Strategies Group, Ltd.

2.    On **September 17, 2004**, I sent, by federal express mail, a copy of the complaint and summons in this matter to William B. Mallin, Esquire, general counsel for defendant Eckert, Seamans, Cherin and Mellott LLC. A copy of the cover letter and the original summons are attached as attached as <u>Exhibit A</u>. By previous agreement, Mr. Mallin agreed to accept service of process on Eckert, Seamans, Cherin and Mellott LLC

3.    On September 21, 2004, Mr. Mallin signed the attached Acceptance of

Service of Process, indicating his acceptance of service of process as of **September 21, 2004**. The twenty day period to answer or otherwise respond commences on that date. The Acceptance of Service of Process is attached as <u>Exhibit B.</u>

    SIGNED UNDER PAINS AND PENALTIES OF PERJURY this 29th day of September, 2004.

*Jessica Block*
Jessica Block