AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

International Strategies Group, Ltd

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 04-12000 RWZ

Greenberg Traurig, LLP,
A. John Pappalardo and Eckert
Seamans Cherin and Mellott LLC


TO: (Name and address of Defendant)

Greenberg Traurig, LLP
c/o Corporation Service Company
84 State Street,
Boston, MA 02109


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica Block, Esquire
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109


an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | September 21, 2004 |
| **NAME OF SERVER** BURTON M. MALKOFSKY | **TITLE** | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Bernardo Montanez, Receptionist for Corporation Service Co., Registered
~~Duly Authorized~~ Agent for the within-named  Defendant, Greenberg Traurig, LLP.

Said service was made at:
84 State Street, Boston _____ , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ | 24.00 | Trips | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 21, 2004 _____  *[signature: Burton M. Malkofsky]*
    Date                                            Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

**ALSO SERVED: CIVIL ACTION COVER SHEET**

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.