UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.,

    Plaintiff,

v.

GREENBERG TRAURIG, LLP, A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC,

    Defendants.

Civil Action No. 04-12000 RWZ

## STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT

The parties hereto, by their undersigned counsel, stipulate that all defendants are granted an extension of time to November 12, 2004 in which to move, answer or otherwise respond to plaintiff's Complaint.

_____
Jessica Block (BBO # 046110)
Block & Roos, LLP
60 State Street
Suite 3800
Boston, MA 02109
(617) 223-1900
Counsel for plaintiff International
Strategies Group, Ltd.

_____
Paul B. Galvani (BBO # 183800)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
Counsel for defendants Greenberg
Traurig, LLP and A. John Pappalardo

_____
Anthony M. Moccia (BBO #350225)
Devorah Levine (BBO #650813)
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Fl.
Boston, MA 02110
(617) 342-6800
Counsel for defendant Eckert Seamans
Cherin & Mellott, LLC

{K0289659.1}