UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.

    Plaintiff

v.

                                    CIVIL ACTION NO.
                                    04-12000 RWZ

GREENBERG TRAURIG, LLP., A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC.,

    Defendants.

## AFFIDAVIT OF SERVICE OF PROCESS UPON A. JOHN PAPPALARDO

JESSICA BLOCK, being duly sworn, deposes and states as follows:

1. I, Jessica Block, am a partner in the law firm of Block & Roos, LLP, counsel to the plaintiff, International Strategies Group, Ltd.

2. On **October 5, 2004** I sent, by messenger, a copy of the complaint and summons in this matter to Paul B. Galvani, Esquire, counsel for defendants Greenberg Traurig LLP and A. John Papplardo. By previous agreement, Mr. Galvani agreed to accept service of process on A. John Pappalardo.

3. On **October 6, 2004**, Mr. Galvani signed the Acceptance of

Service of Process, indicating his acceptance of service of process as of that date. The Acceptance of Service of Process is attached as Exhibit A.

4. By previous agreement filed with the court, the parties agree that Mr. Pappalardo, along with the other defendants, may have until November 12, 2004 to move, answer or otherwise respond to the complaint.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY this 14th day of October, 2004.

_____
Jessica Block

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.

Plaintiff

v.

CIVIL ACTION NO. 04-12000RWZ

GREENBERG TRAURIG, LLP., A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC.,

Defendants.

## ACCEPTANCE OF SERVICE OF PROCESS

I, Paul B. Galvani, Esquire, Counsel to A. John Pappalardo and Greenberg Traurig, LLP, hereby accept service of process of the summons and complaint in the above-captioned action on behalf of A. John Pappalardo as of October 5, 2004 and waive further service requirements.

_____
Paul B. Galvani, Esquire

Date: 10/6/04