UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, <br><br> Defendants | CIVIL ACTION No.: 04-12000 RWZ |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereto, by their undersigned counsel, stipulate that defendants Greenberg Traurig, LLP and A. John Pappalardo are granted an extension of time to November 19, 2004 in which to move, answer or otherwise respond to plaintiff's Complaint.

| INTERNATIONAL STRATEGIES GROUP, LTD. | GREENBERG TRAURIG, LLP AND A. JOHN PAPPALARDO, |
|---|---|
| By their attorneys, | By their attorneys, |
| */s/ Jessica Block* | */s/ Matthew P. Garvey* |
| Jessica Block (BBO# 046110) | Paul B. Galvani (BBO# 183800) |
| Block & Roos, LLP | Matthew P. Garvey (BBO# 655419) |
| 60 State Street | Ropes & Gray LLP |
| Suite 3800 | One International Place |
| Boston, MA 02109 | Boston, MA 02110 |
| Tel: (617) 223-1900 | Tel: (617) 951-7000 |

Dated: November 12, 2004

9582894_1.DOC

-2-

## Certification of Consultation

Pursuant to Local Rule 7.1(a)(2), I, the undersigned counsel for defendants Greenberg Traurig, LLP. and A. John Pappalardo, certify that I have conferred with plaintiff's counsel regarding this assented-to motion and that Jessica Block, Esq. has stated that she joins in the request to this Court.

*/s/ Matthew P. Garvey*
Matthew P. Garvey

## CERTIFICATE OF SERVICE

I, Matthew P. Garvey, a member of the Bar of this Court, hereby certify that on this day, November 12, 2004, the above assented-to motion was served on the plaintiff by causing a copy of the same to be hand delivered to its counsel, Jessica Block, Esq., Block & Roos, LLP, 60 State Street, Suite 3800, Boston, MA 02109, and was served on defendant Eckert, Seamans, Cherin and Mellott, LLC by causing a copy of the same to be hand delivered to its counsel, Deborah Levine, Esq., Eckert, Seamans, Cherin and Mellott, LLC, One International Place, 18th Fl., Boston, MA 02110.

*/s/ Matthew P. Garvey*
Matthew P. Garvey