UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.

    Plaintiff

v.                                          CIVIL ACTION NO. 04-12000RWZ

GREENBERG TRAURIG, LLP., A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC.,

    Defendants.

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS TO DISMISS OF ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC., AND GREENBERG TRAURIG, LLP., AND A. JOHN PAPPALARDO

Plaintiff International Strategies Group, Ltd (ISG), with the assent of counsel for all other parties, hereby moves that the date by which it must oppose the motions to dismiss of both (1) Eckert, Seamans, Cherin and Mellott, LLC and (2) Greenberg Traurig LLP and A. John Pappalardo, be extended until and including December 23, 2004. ISG further consents that defendants may have until January 12, 2004, to file reply briefs.

                                                INVESTMENT STRATEGIES
                                                GROUP, LTD

                                                By its attorneys,

                                                /s/ Jessica Block
                                                Jessica Block
                                                BBO#046110
                                                Block & Roos, LLP
                                                60 State Street, Suite 3800
                                                Boston, MA 02109

(617) 223-1900

Assented to:

| | |
|---|---|
| GREENBERG TRAURIG, LLP AND A. JOHN PAPPALARDO | ECKERT, SEAMSNS, CHERIN AND MELLOTT, LLP |
| By their attorneys, | By its attorneys, |
| Paul B. Gavnini  /s/ | Devorah Levine /s/ |
| Paul B. Galvani (BBO # 183800)<br>Matthew B. Garvey (BBO # 655419)<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000 | Devorah Levine, Esquire (BBO #650813)<br>Eckert Seamans Cherin & Mellott, LLC<br>One International Place, 18th Floor<br>Boston, MA 02110<br>(617) 342-6800 |

November 23, 2004