UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, <br><br> Defendants | CIVIL ACTION No.: 04-12000 RWZ |

**NOTICE OF APPEARANCE FOR DEFENDANTS
GREENBERG TRAURIG, LLP, AND A. JOHN PAPPALARDO**

**To the Clerk of the Above-Named Court:**

    Please enter the appearance of Paul B. Galvani on behalf of the defendants Greenberg Traurig, LLP and A. John Pappalardo.

    Respectfully submitted,

*/s/ Paul B. Galvani*
Paul B. Galvani (BBO # 183800)
Ropes & Gray LLP
One International Place
Boston, MA 02110
Tel.: (617) 951-7000

Dated: December 6, 2004

9600877_1.DOC

-2-

## CERTIFICATE OF SERVICE

I, Matthew P. Garvey, a member of the Bar of this Court, hereby certify that on this day, December 6, 2004, the above notice of appearance was served on the plaintiff by causing a copy of the same to be hand delivered to its counsel, Jessica Block, Esq., Block & Roos, LLP, 60 State Street, Suite 3800, Boston, MA 02109, and was served on defendant Eckert, Seamans, Cherin and Mellott, LLC by causing a copy of the same to be hand delivered to its counsel, Deborah Levine, Esq., Eckert, Seamans, Cherin and Mellott, LLC, One International Place, 18th Fl., Boston, MA 02110.

*/s/ Matthew P. Garvey*
Matthew P. Garvey