UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREENBERG TRAURIG, LLP, A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, <br><br> Defendants. | Civil Action No. 04-12000 RWZ |

## MOTION FOR ADMISSION *PRO HAC VICE*

Devorah A. Levine, a member of the law firm of Eckert Seamans Cherin & Mellott, LLC, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing William B. Mallin to appear *pro hac vice* in the above-captioned case on behalf of Defendant Eckert Seamans Cherin & Mellott, LLC ("ESCM"). In support of this Motion, I submit as follows:

1. Defendant ESCM is a defendant in the above-captioned matter.

2. Defendant ESCM has been primarily represented by William B. Mallin, a member of the law firm of Eckert Seamans Cherin & Mellott, LLC, and Mr. Mallin is one of the attorneys most familiar with the underlying issues in this case.

3. Mr. Mallin has executed a Certificate in accordance with Local Rule 83.5.3, which is attached hereto.

4. In accordance with Local Rule 7.1, I have conferred with Plaintiff and Plaintiff does not oppose the Motion.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of William B. Mallin.

Respectfully submitted,

By: /s/ Devorah Levine
Devorah A. Levine
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
617.342.6800
Facsimile: 617.342.6800

Dated: April 11th, 2005

## CERTIFICATE OF SERVICE

I, Devorah A. Levine, on behalf of the Defendant, Eckert Seamans Cherin & Mellott, LLC, hereby certify that I have caused a copy of Defendant's Motion for Admission *Pro Hac Vice* of William B. Mallin, Esq., to be served on Plaintiff, by first class mail this 11th day of April, 2005, postage prepaid at the address set forth below.

/s/ Devorah Levine
Devorah A. Levine

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREENBERG TRAURIG, LLP, A. JOHN )<br>PAPPALARDO, AND ECKERT, SEAMANS, )<br>CHERIN AND MELLOTT, LLC, )<br>)<br>Defendants. ) | Civil Action No. 04-12000 RWZ |

## CERTIFICATE OF WILLIAM B. MALLIN, ESQ.

I, William B. Mallin, in accordance with Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New York, and I am admitted to practice before the U.S. Court of Appeals for 3rd Circuit and Federal Circuit; U.S. District Court for the Western District of Pennsylvania and the Eastern District of Pennsylvania.

2. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Dated: April __8__, 2005

_____
William B. Mallin, Esq.



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *William B. Mallin, Esq.*

**DATE OF ADMISSION**

*March 13, 1961*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: April 7, 2005**

*Patricia A. Nicola*
Patricia A. Nicola
Chief Clerk