UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-12000 RWZ |
| GREENBERG TRAURIG, LLP, A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Devorah A. Levine, a member of the law firm of Eckert Seamans Cherin & Mellott, LLC, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Timothy S. Coon to appear *pro hac vice* in the above-captioned case on behalf of Defendant Eckert Seamans Cherin & Mellott, LLC ("ESCM"). In support of this Motion, I submit as follows:

1. Defendant ESCM is a defendant in the above-captioned matter.

2. Defendant ESCM has been primarily represented by Timothy S. Coon, a member of the law firm of Eckert Seamans Cherin & Mellott, LLC, and Mr. Coon is one of the attorneys most familiar with the underlying issues in this case.

3. Mr. Coon has executed a Certificate in accordance with Local Rule 83.5.3, which is attached hereto.

4. In accordance with Local Rule 7.1, I have conferred with Plaintiff and Plaintiff does not oppose the Motion.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Timothy S. Coon.

Respectfully submitted,

By: *Devorah Levine*
Devorah A. Levine
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
617.342.6800
Facsimile: 617.342.6800

Dated: April 11, 2005

## CERTIFICATE OF SERVICE

I, Devorah, on behalf of the Defendant, Eckert Seamans Cherin & Mellott, LLC, hereby certify that I have caused a copy of Defendant's Motion for Admission *Pro Hac Vice* of Timothy S. Coon, Esq., to be served on Plaintiff, by first class mail this 11th day of April, 2005, postage prepaid at the address set forth below.

*Devorah Levine*
Devorah A. Levine

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-12000 RWZ |
| GREENBERG TRAURIG, LLP, A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF TIMOTHY S. COON, ESQ.

I, Timothy S. Coon, in accordance with Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania, and I am admitted to practice before the Courts listed on Exhibit 1 attached hereto.

2. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Dated: April 8, 2005

_____
Timothy S. Coon, Esq.

# EXHIBIT 1

Timothy S. Coon has been admitted to practice before the following Courts:

| COURT: | DATE ADMITTED: |
|---|---|
| The Supreme Court of the Commonwealth of Pennsylvania<br>801 City County Building<br>Pittsburgh, PA 15219<br>(412) 565-2816 | 11-88 |
| The United States District Court<br>for the Western District of Pennsylvania<br>819 U.S. Post Office and Courthouse<br>Pittsburgh, PA 15219<br>(412) 644-3526 | 11-88 |
| The United States District Court<br>for the Eastern District of Pennsylvania<br>2609 U.S. Courthouse<br>Independence Mall, West<br>601 Market Street<br>Philadelphia, PA 19106<br>(215) 597-7704 | 03-91 |
| The United States District Court<br>for the Eastern District of Michigan<br>U.S. Courthouse<br>231 West Lafayette Street<br>Detroit, MI 48226 | 03-90 |
| The United States Court of Appeals for the Federal Circuit<br>717 Madison Place, N.W.<br>Washington, D.C. 20439 | 10-96 |
| The Supreme Court of the United States<br>U.S. Supreme Court Building<br>Washington, DC 20543<br>(202) 479-3000 | 06-95 |
| United States Court of Appeals, Second Circuit<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007<br>(212) 857-8500 | 08-00 |
| U.S. Court of Appeals for the Ninth Circuit<br>95 Seventh Street, P.O. Box 193939<br>San Francisco, CA 94119-3939<br>(415) 556-9780 | 06-03 |

{J0724277.1}
12/6/04



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Timothy Sheldon Coon, Esq.

**DATE OF ADMISSION**

**November 9, 1988**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 7, 2005

_____
Patricia A. Nicola
Chief Clerk