UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD,

Plaintiff,

v.

GREENBERG TRAURIG, LLP, A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC,

Defendants.

Civil Action No.: 04-12000-RWZ

## JOINT STATEMENT AND PROPOSED SCHEDULE

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1 (D), a meeting among counsel was held, by teleconference, on April 5, 2005. Jessica Block, counsel for International Strategies Group ("ISG"), Paul B. Galvani and Matthew P. Garvey, counsel for Greenberg Traurig LLP ("GT") and A. John Pappalardo ("AJP"), and William B. Mallin, counsel for Eckert, Seamans, Cherin and Mellott, LLC. ("ESCM") participated in the conference. The parties were able to agree upon scheduling with the exception of one date as noted herein.

1. **Pre-discovery Disclosures.** Subject to the Court's approval and as agreed by the parties, the parties will exchange, by May 17, 2005, the information required by Fed. R. Civ. P. 26 (a)(1).

2. **Discovery Plan and Pre-Trial Schedule.**

    A. **Amendments to Pleadings**: ISG proposes that amendments to pleadings be completed on or before **August 26, 2005**. ESCM, GT and AJP propose that amendments to pleadings be completed on or before **June 26, 2005**.

    B. **Discovery Schedule:** The parties agree to the following dates in respect to discovery:

    (i) **January 31, 2006**: Factual discovery, including written discovery requests, and depositions of fact witnesses shall be completed by this date. Written discovery requests must be served in sufficient time to be answered by January 31, 2006.

    (ii) **February 28, 2006**: ISG shall disclose its experts and serve copies of its expert report(s).

    (iii) **March 31, 2006**: ESCM, GT and AJP shall disclose their experts and serve copies of their expert reports.

    (iv) **April 30, 2006**: Expert depositions shall be completed.

    3. **Dispositive Motions**: The parties agree that motions for summary judgment must be filed by **June 30, 2006**.

    4. **Issues to be Raised at the Pretrial Conference:** The parties will be prepared to discuss the proposed schedule and such other matters that the Court may raise.

    5. The parties have attached hereto as Exhibit A the certifications signed by counsel and an authorized representative of each party pursuant to Local Rule 16.1 (D) (3).

Respectfully Submitted,

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD. | GREENBERG TRAURIG, LLP AND A. JOHN PAPPALARDO |
| By its attorney, | By their attorneys, |
| */s/ Jessica Block*<br>Jessica Block, Esq.<br>Block & Roos, LLP (BBO#046110)<br>60 State Street, Suite 3800<br>Boston, MA 02109<br>(617) 223-1900 | */s/ Matthew Garvey*<br>Paul B. Galvani (BBO # 183800)<br>Matthew B. Garvey (BBO # 655419)<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000 |

ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC,

By their attorneys,

*/s/ Devorah Levine*
Devorah Levine, Esquire (BBO #650813)
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
(617) 617) 342-6800

Date: April 13, 2005

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

INTERNATIONAL STRATEGIES GROUP, LTD,

    Plaintiff,

v.

GREENBERG TRAURIG, LLP, A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC,

    Defendants.

Civil Action No.: 04-12000-RWZ

---

### CERTIFICATION OF INTERNATIONAL STRATEGIES GROUP, LTD,

Pursuant to Local Rule 16.1 (D)(3), International Strategies Group, Ltd., hereby affirms that it has conferred with its counsel (a) with a view to establishing a budget for the costs of conducting the full course of litigation and various alternatives; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| INTERNATIONAL STRATEGIES GROUP, LTD. | COUNSEL TO INTERNATIONAL STRATEGIES GROUP, LTD |
|---|---|
| By: _/s/ Philip G. Clark_<br>Philip G. Clark<br>Principal<br>International Strategies Group, Ltd. | By: _/s/ Jessica Block_<br>Jessica Block.<br>Block & Roos. LLP (BBO#046110)<br>60 State Street, Suite 3800<br>Boston, MA 02109<br>(617) 223-1900 |

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, <br><br> Defendants | CIVIL ACTION No.: 04-12000 RWZ |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3) OF DEFENDANTS GREENBERG TRAURIG, LLP AND A. JOHN PAPPALARDO

Pursuant to Local Rule 16.1(D)(3), the undersigned, being, respectively, (a) an authorized representative of Greenberg Traurig, LLP, ("GT"), (b) A. John Pappalardo ("AJP"), and (c) counsel for GT and AJP, hereby certify that counsel and GT and AJP have conferred

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the above-captioned litigation; and

(b) to consider the resolution of the above-captioned litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

-2-

By: *(signature)*
Richard G. Garrett
Greenberg Traurig LLP
1221 Brickell Avenue
Miami, FL 33131
Tel.: (305) 579-0500

By: *(signature)*
A. John Pappalardo
Greenberg Traurig LLP
One International Place, 20th Floor
Boston, MA 02110
Tel.: (617) 310-6072

By: *(signature)*
Paul B. Galvani (BBO#183800)
Matthew P. Garvey (BBO#655419)
Ropes & Gray LLP
One International Place
Boston, MA 02110
Tel.: (617) 951-7000

Dated:  April 12, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREENBERG TRAURIG, LLP, A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, <br><br> Defendants. | Civil Action No. 04-12000 RWZ |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

In accordance with Local Rule 16.1, I, Devorah A. Levine, hereby certify that Defendant Eckert Seamans Cherin & Mellott, LLC is aware of the costs of litigation and the possibility of alternative dispute resolution. I further certify that Defendant Eckert Seamans Cherin & Mellott, LLC fully understands the costs of the various stages of litigation in this matter, the need for a budget for such costs, and the possibility of reducing such costs through the alternative dispute resolution program. Defendant Eckert Seamans Cherin & Mellott, LLC has considered these issues and options.

SWORN TO AND SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15TH DAY OF APRIL, 2005.

*Devorah Levine*
Devorah A. Levine
Eckert Seamans Cherin & Mellott, LLC

{K0301161.1}