UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.,

    Plaintiff,

v.

GREENBERG TRAURIG, LLP, A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC,

    Defendants.

Civil Action No. 04-12000 RWZ

### DEFENDANT ECKERT SEAMANS CHERIN & MELLOTT'S
### MOTION FOR SUMMARY JUDGMENT

Defendant Eckert Seamans Cherin & Mellott, LLC ("ESCM", by its counsel and pursuant to Fed.R.Civ.P. 54, moves this Court for entry of summary judgment in ESCM's favor on the claims asserted by International Strategies Group ("ISG"). ESCM has submitted a Brief in support of this Motion, which is respectfully incorporated herein by reference. As explained in the Brief, the record evidence including the undisputed documentary evidence and numerous admissions made by ISG demonstrates that summary judgment in ESCM's favor is required, for three independent reasons:

    1. The claims for negligence, misrepresentation, and violation of M.G.L. ch. 93A fail as a matter of law because there was no attorney-client relationship between ISG and Pappalardo. ISG knew at all times that Pappalardo represented an adverse party against whom ISG had potential claims.

    2. Under settled law, no alleged conduct of Pappalardo while at ESCM was the proximate cause of any loss to ISG. It is undisputed that after Pappalardo withdrew from his association with ESCM in early March, 2001, ISG was represented by other legal counsel who

1

could have commenced a timely legal action against the parties who were involved in the depletion and loss of ISG's investment funds at any time in the year following Pappalardo's withdrawal from ESCM.

3. ISG's claims against ESCM for negligence, misrepresentation, conversion, and "aiding and abetting" are barred by the statute of limitations because the undisputed facts show that any such alleged claims accrued at least by March, 2001, when Pappalardo withdrew from ESCM, and ISG did not file suit within the three year period after the claims accrued as required under Massachusetts law.

WHEREFORE, ESCM requests that the Court enter judgment in ESCM's favor as to all claims asserted by ISG, with costs and other such other relief as the Court deems proper.

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
Devorah A. Levine (BBO #650813)
One International Place, 18th Floor
Boston, MA 02110-2602
617-342-6800

William B. Mallin, General Counsel
Timothy S. Coon
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
412-566-6000

Attorneys for Defendant
Eckert Seamans Cherin & Mellott, LLC

## Certification of Consultation

Pursuant to Local Rule 7.1, I, the undersigned counsel for defendant Eckert Seamans Cherin & Mellott, LLC, certifies that defendant has conferred with plaintiff's counsel regarding this motion in good faith to resolve or narrow the issues presented by this motion.

*[signature]*
Devorah A. Levine