UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.,

Plaintiff,                                                    Civil Action No. 04-12000 RWZ

v.

GREENBERG TRAURIG, LLP, A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC,

Defendants.

**ORDER**

Upon consideration of the pleadings, affidavits, declarations and evidence filed of record,
and the briefs and oral argument of the parties, the Court finds that summary judgment should be
and hereby is entered in favor of defendant Eckert Seamans Cherin & Mellott, LLC and against
plaintiff International Strategies Group on all claims asserted in the Amended Complaint.

_____
Rya W. Zobel
United States District Judge

4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **DEFENDANT ECKERT SEAMANS CHERIN & MELLOTT, LLC'S MOTION FOR SUMMARY JUDGMENT** was served upon the following counsel of record by United States mail, postage prepaid, this 31st day of May, 2005.

Jessica Block
Block & Roos, LLP
60 State Street
Suite 3800
Boston, MA 02109

Counsel for plaintiff

Paul B. Galvani
Ropes & Gray LLP
One International Place
Boston, MA 02110

Counsel for defendants Greenberg
Traurig, LLP and A. John Pappalardo

_____
Devorah Levine

5