UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.,

    Plaintiff,

Civil Action No. 04-12000 RWZ

    v.

GREENBERG TRAURIG, LLP, A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC,

    Defendants.

### AFFIDAVIT OF TIMOTHY S. COON

Before me, a Notary Public, personally appeared Timothy S. Coon, who being duly sworn according to law states as follows:

1. I am one of the attorneys representing defendant Eckert Seamans Cherin & Mellott, LLC in this matter.

2. Attached to this affidavit are copies of documents generated and maintained by ESCM in the course of its business reflecting the receipt and distribution of a wire transfer of funds in the amount of $821,490 received by ESCM from its client, Corporation of the Bankhouse ("COB"), on May 29, 1998. COB instructed ESCM to distribute the wired funds to the entities and in the amounts as reflected on the attached documents. ESCM did not keep any portion of the wired funds.

_____
Timothy S. Coon

Sworn and subscribed before
me this 31st day of May, 2005.

_____
Notary Public

Notarial Seal
Sally A. Novosel, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Oct. 21, 2005

Member, Pennsylvania Association of Notaries

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **AFFIDAVIT OF TIMOTHY S. COON** was served upon the following counsel of record by United States mail, postage prepaid, this 31st day of May, 2005.

Jessica Block
Block & Roos, LLP
60 State Street
Suite 3800
Boston, MA 02109

Counsel for plaintiff

Paul B. Galvani
Ropes & Gray LLP
One International Place
Boston, MA 02110

Counsel for defendants Greenberg
Traurig, LLP and A. John Pappalardo

_Devorah Levine_
Devorah Levine

ES0078

Wire Room:
736-0531

# ESCM
## INCOMING WIRES

DATE: 5/29/78

BANK: Mellon

REFERENCE NUMBER: PT 26589

RECEIVING ACCOUNT NUMBER: 162-8334

AMOUNT: 821,470.00

CLIENT NUMBER:

CLIENT NAME: Coop of Bankhouse Rowes Wharf 50 Boston Mass

SOURCE BANK: ABN Amro Bank, Brussels

RESPONSIBLE ATTORNEY: Harry Harrington

NOTES: Svc Charge P/O

# Monaco Holding Ltd

1611.A.S.Melrose Dr.#169.
Vista,Ca.92083-5497.
Tel:760-599-4864.
Fax:760-727-5915.

P.O.BOX.N-7768.
Ansbacher House
Nassau,Bahamas.

May.22,1998.
Mr.Larry Harington.
Mr.James Pomeroy II
N50.Rowes Wharf,Boston.
Massachusetts 02110.
Corporation of the
BankHouse Inc.

### Bank Coordinates Instructions

The funds to be wire transferred to designated Bank account provided :

Bank Name: Barcleys Bank PLC.

Bank address: 75.Wall St. New York, N.Y.10265.

ABA number: 026002574.

Bank phone: (212) 412-3838.

Account Name: Ansbacher (Bahamas) Ltd.

Account NR: 050-711547.For benefit of Monaco Holding Ltd.#423001.

Richard York
Monaco Holding Ltd.

AMOUNT TO WIRE = $197,473.33

# FACSIMILE

To: Ron Cavanaugh

At: ESCM - PITT

Telephone: 412-566-6000

Fax No.: 412-566-6099

Date: June 2, 1998

Client No.: 191597-00006

From: Laurence P. Harrington

Direct Dial: 617/342-6816

Message:

Attached please find the wire transfer instructions and amount to be wired for Monaco Holding, Ltd. The amount is $197,473.33. Please initiate the wire this morning and let me know the transit number when you receive it.

We are transmitting _____ page(s), not including this page.

NOTICE OF CONFIDENTIALITY: The statements upon and any documents included with this facsimile transmittal sheet contain information from the firm of Eckert Seamans Cherin & Mellott that is *confidential, privileged* and *exempt from disclosure* under applicable laws. This information is intended to be for the exclusive use of the named addressee. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this transmittal is prohibited. If you have received this facsimile in error, please immediately notify us at 617/342-6800 (collect) so that we can arrange for the retrieval of the original documents at no cost to you.

*Mellon a/My Acct.*
*a/c 161-8334*

One International Place, 18th Floor Boston, Massachusetts 02110
617/342-6800   Facsimile: 617/342-6899

Boston Pittsburgh Harrisburg Allentown Philadelphia Fort Lauderdale Boca Raton Miami Tallahassee Washington, D.C.

ECKERT
SEAMANS
CHERIN &
MELLOTT
ATTORNEYS AT LAW

46346.1

# GROUP "C" MARKETING, INC.

PHONE: (909) 598-9807   FAX: (909) 598-2969

June 2, 1998

Eckert, Seamans Cherin and Mellott
One International Place, 18th Floor
Boston, MA 02110
Attn: Laurence P. Harrington

*(handwritten circled note pointing to amount): Amount*

Re: Wiring instructions for our funds

Dear Mr. Harrington,

Our funds totaling $103,933.33 are to be wired at the following banking coordinates:

    Rancho Bank
    20401 E. Valley Blvd.
    Walnut, CA 91789
    Tel: (909) 594-4599

ABA #   122-237-625
Credit to:  Group C Marketing Inc.
Account #  030-015347

Any questions please call me at (909) 598 9807

Sincerely,

*(signature)*

Sat Chadha, President
Group C Marketing Inc.

*(handwritten note):*
MAM 6/2
These were
wired Today,
2 more Tomorrow
1 on Friday.
Ron

20101 E. VALLEY BLVD, SUITE F, WALNUT, CA 91789

# DSC Holdings Inc.

Suite 527, 105 - 150 Crowfoot Crescent N.W.
Calgary, Alberta T3G 5T2
Phone: (403) 241-8295
Fax: (403) 241-7724

## WIRE TRANSFER INSTRUCTIONS

| | |
|---|---|
| Bank: | Canadian Imperial Bank of Commerce |
| Address: | 70 Crowfoot Way N.W. |
| | Calgary, Alberta T3G 4C8 |
| Phone: | (403) 221-6022 |
| Fax: | (403) 221-6200 |
| Bank transit #: | 00809 |
| Account name: | DSC Holdings Inc. |
| Account #: | 02-02517 |

Amount: $207,866.67

## Wiring Transfer Instructions

**Account Name:** Tracy Edmonds or Elizabeth Edmonds:

**Account Number:** 059-023855-9

**Bank Routing Number:** 322270055

**Bank of Account:** Glendale Federal Bank
Westlake Village Office
3967-A E. Thousand Oaks Blvd.
Westlake Village, Ca 91362
(805) 497-9374

2/6/4  12:47

Amount: $103,933.33

# FACSIMILE

To:      Ron Cavanaugh

At:      HSCM - PITT

Telephone:   412-566-6000                    Fax No.: 412-566-6099

Date:    June 4, 1998                         Client No.: 191597-00006

From:    Laurence P. Harrington              Direct Dial: 617/342-6816

Message:

Attached please find the two (2) wire transfer instructions and amounts to be wired for

1. Tracy Edmonds ($103,933.33) and
2. Sauf & Associates ($103,933.33).

Please initiate the wires this morning.

Please call or e-mail Larry Kletter with the transit numbers as I will be out after 12:00 until Monday.

We are transmitting _____ page(s), not including this page.

NOTICE OF CONFIDENTIALITY: The statements upon and any documents included with this facsimile transmittal sheet contain information from the firm of Eckert Seamans Cherin & Mellott that is confidential, privileged and exempt from disclosure under applicable laws. This information is intended to be for the exclusive use of the named addressee. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this transmittal is prohibited. If you have received this facsimile in error, please immediately notify us at 617/342-6800 (collect) so that we can arrange for the retrieval of the original documents at no cost to you.

ECKERT
SEAMANS
CHERIN &
MELLOTT

One International Place, 18th Floor Boston, Massachusetts 02110
617/342-6800  Facsimile 617/342-6899

Boston  Pittsburgh  Harrisburg  Allentown  Philadelphia  Fort Lauderdale  Boca Raton  Miami  Tallahassee  Washington, D.C.

84366.1

## BANKING COORDINATES
## FOR
## WIRE TRANSFER

| | |
|---|---|
| **ACCOUNT NAME** | SHARIF & ASSOCIATES |
| **ACCOUNT NUMBER** | 02600842390 |
| **ABA ROUTING** | 113000609 |
| **SWIFT** | TCPKUS44 |
| **BANK NAME** | CHASE BANK OF TEXAS |
| **BANK ADDRESS** | 7505 FANNIN<br>HOUSTON, TEXAS 77054 |

2628  12:48

Amount: $103,933.33

# FACSIMILE

To:  Ron Cavanaugh

At:  ESCM - PITT

Telephone:  412-566-6000

Date:  June 4, 1998

From:  Laurence P. Harrington

Fax No.: 412-566-6099

Client No.: 191597-00006

Direct Dial: 617/342-6816

Message:

Attached please find the two (2) wire transfer instructions and amounts to be wired for

1. Tracy Edmonds ($103,933.33) and
2. Sarif & Associates ($103,933.33).

Please initiate the wires this morning.

Please call or e-mail Larry Kletter with the transit numbers as I will be out after 12:00 until Monday.

We are transmitting _____ page(s), not including this page.

NOTICE OF CONFIDENTIALITY: The statements upon and any documents included with this facsimile transmittal sheet contain information from the firm of Eckert Seamans Cherin & Mellott that is confidential, privileged and exempt from disclosure under applicable laws. This information is intended to be for the exclusive use of the named addressee. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this transmittal is prohibited. If you have received this facsimile in error, please immediately notify us at 617/342-6800 (collect) so that we can arrange for the retrieval of the original documents at no cost to you.

**ECKERT SEAMANS CHERIN & MELLOTT**

One International Place, 18th Floor Boston, Massachusetts 02110
617/342-6800  Facsimile 617/342-6899

Boston Pittsburgh Harrisburg Allentown Philadelphia Fort Lauderdale Boca Raton Miami Tallahassee Washington, D.C.

84366.1

June 2, 1998

Laurence P. Harrington
Attorney at Law
Eckert Seamans Cherin & Mellott, LLC
One International Place 18th Floor
Boston, MA 02110

        RE: Capital Assignment No. 1497 dated 7/22/97

Dear Mr. Harrington:

With respect to your fax to me yesterday pertaining to the above, herewith are all four items enumerated in your communication requested of me to be executed and returned in the originals.

The $103,033.33 is to be wired to Great Western Bank, Account Number 158-817473-0 under the name of Nod Ian Mulville, Jr., Trustee, Lara Family Trust. The routing number at Great Western is 322270039. Thank you for your assistance with the handling of this matter and the return of the funds.

Sincerely,

Nod Mulville, Jr.
Trustee, The Lara Family Trust

Encls:

*2640  12:48*

*Today*

# FACSIMILE

**To:** Ron Cavanaugh

**At:** ESCM - PITT

**Telephone:** 412-566-6000          **Fax No.:** 412-566-6099

**Date:** June 4, 1998                **Client No.:** 191597-00806

**From:** Laurence P. Harrington      **Direct Dial:** 617/342-6816

**Message:**

Attached please find the the final wire transfer instruction and amount to be wired for

1. Lara Family Trust ($103,933.33).

Please initiate the wire this morning.

Please call or e-mail Larry Kletter with the transit number.

We are transmitting _____ page(s), not including this page.

NOTICE OF CONFIDENTIALITY: The statements upon and any documents included with this facsimile transmittal sheet contain information from the firm of Eckert Seamans Cherin & Mellott that is confidential, privileged and exempt from disclosure under applicable laws. This information is intended to be for the exclusive use of the named addressee. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this transmittal is prohibited. If you have received this facsimile in error, please immediately notify us at 617/342-6800 (collect) so that we can arrange for the retrieval of the original documents at no cost to you.

One International Place, 18th Floor Boston, Massachusetts 02110
617/342-6800   Facsimile 617/342-6899

**ECKERT SEAMANS CHERIN & MELLOTT**

*Boston Pittsburgh Harrisburg Allentown Philadelphia Fort Lauderdale Boca Raton Miami Tallahassee Washington, D.C.*

84366.1

From:      Deborah Dembral   (DZD)
To:        ROC
Date:      Friday, June 5, 1998  3:22 pm
Subject:   Wire Transfer: Syndicate Nos. 144/149

Ron,

Please call me to let me know you've received this (617-342-6804). Sorry about the confusion. Thanks!

Deb


Account Name:

Corporation of the BankHouse, Incorporated I
COB [Syndicate Nos. 144/149]

Account Number:

93986-08729

Bank ABA Number:

011-000-138

Bank Name:     $416.68

Fleet Bank

Bank Address:

2 International Place
Boston, Massachusetts 02110

Telephone Number:

800-841-4000

Bank Contact:

Michael Scanlon