UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREENBERG TRAURIG, LLP., A JOHN ) <br> PAPPALARDO, AND ECKERT, SEAMANS, ) <br> CHERIN AND MELLOTT, LLC, ) <br> ) <br> Defendants ) <br> ) | CIVIL ACTION NO.: 04-12000 RWZ |

### TRANSMITTAL AFFIDAVIT OF MATTHEW P. GARVEY

I, Matthew P. Garvey, hereby affirm as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts, and am admitted to practice in this Court, among others.

2. I am an attorney at the law firm of Ropes & Gray LLP, counsel to A. John Pappalardo and Greenberg Traurig, LLP, in this matter. I submit this affidavit to transmit to the Court the documents appended hereto as exhibits. The exhibits are as follows:

3. Exhibit 1 is a copy of the First Amended Complaint of International Strategies Group, Ltd. ("ISG") in *International Strategies Group, Ltd. v. Ness*, C. No. 3:04CV696 (D. Conn.).

4. Exhibit 2 is a copy of the Complaint of ISG in *International Strategies Group, Ltd. v. ABN AMRO Bank N.V.*, No. 04601731 (N.Y. Sup. Ct.).

-2-

5.  Exhibit 3 is a letter from Philip G. Clark to James F. Pomeroy II of July 28, 1999. For more detail, see Second Declaration of A. John Pappalardo ¶ 3.

6.  Exhibit 4 is a letter from John David Luna, Investigator, Monterey County Sheriff's Department, Salinas, California 93906, to Tom Watson, American Financial Investigative Agency, of August 17, 1999.

7.  Exhibit 5 is a letter from Mr. Clark to A. John Pappalardo of December 2, 1999. For more detail, see Second Declaration of A. John Pappalardo ¶ 4.

8.  Exhibit 6 is an e-mail from Mr. Clark to Mr. Pappalardo of June 9, 2000. For more detail, see Second Declaration of A. John Pappalardo ¶ 4.

Signed under the pains and penalties of perjury on this 31st day of May 2005.

_____
Matthew P. Garvey

_____
DONNA M. BRACK, Notary Public
My Commission Expires December 9, 2005