UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

)
INTERNATIONAL STRATEGIES GROUP, LTD. )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.: 04-12000 RWZ
)
GREENBERG TRAURIG, LLP., A JOHN )
PAPPALARDO, AND ECKERT, SEAMANS, )
CHERIN AND MELLOTT, LLC, )
)
Defendants )
)

### SECOND DECLARATION OF A. JOHN PAPPALARDO

A. John Pappalardo declares as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts, and am admitted to practice in this Court, among others.

2. I have reviewed the Transmittal Affidavit of Matthew P. Garvey, and am familiar with Exhibits 3, 5, and 6 described therein.

3. I received Exhibit 3 from James F. Pomeroy II in the normal course of business. Mr. Pomeroy had received Exhibit 3 from Philip G. Clark.

4. I received Exhibits 5 and 6 from Mr. Clark in the normal course of business.

Signed under the pains and penalties of perjury on this 31st day of May 2005.

*/s/ A. John Pappalardo*
A. John Pappalardo