UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.

    Plaintiff,

v.

GREENBERG TRAURIG, LLP., A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC.,
    Defendants.

CIVIL ACTION NO. 04-12000 RWZ

## MOTION OF INTERNATIONAL STRATEGIES GROUP TO FILE A BRIEF IN EXCESS OF TWENTY PAGES

International Strategies Group ("ISG") hereby moves this Court for permission to file one brief in excess of twenty (20) pages for its opposition to the two pending motions for summary judgment. ISG's opposition is due on June 30, 2005, and accordingly requires prompt action of this motion.

As grounds for this motion, ISG states that on May 31, 2005, in accordance with an agreed-upon schedule, defendants Eckert, Seaman, Cherin and Mellott, LLC, on one hand, and defendants Greenberg Traurig LLP and A. John Pappalardo, on the other hand, each filed a motion for summary judgment and each filed briefs of twenty pages apiece, along with affidavits and a joint statement of facts. ISG believes it would be more expedient and easier for the Court to follow if it were to oppose both motions in a single opposition rather than in two twenty-page briefs.

Consistent with Local Rule 7.1, counsel for ISG conferred with counsel for defendants before making this motion. However, counsel was unable to resolve the issue because counsel

for the defendants would only agree if ISG would limit the single brief to 30 pages. Unfortunately ISG cannot agree to limit to 30 pages an opposition to two substantial motions with many different legal issues, especially where it otherwise would be entitled to file two twenty-page briefs. However, counsel for ISG is hopeful that ISG's final draft of the brief would be less than 40 pages and in any case, agrees that it would not exceed 40 pages, the equivalent of two twenty page briefs. Again, this request is being made because a single opposition would be more expedient for the parties and the Court.

June 16, 2005                                INVESTMENT STRATEGIES
                                             GROUP, LTD

                                             _____
                                             Jessica Block
                                             BBO#046110
                                             Block & Roos, LLP
                                             60 State Street, Suite 3800
                                             Boston, Massachusetts 02109
                                             (617) 223-1900

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6·16·05

_____
Jessica Block