UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC., <br><br> Defendants. | CIVIL ACTION NO. 04-12000 RWZ |

**AFFIDAVIT OF KATHLEEN C. STONE**

KATHLEEN C. STONE, being duly sworn, deposes and states as follows:

1. I am an attorney at the law firm of Looney, Cohen, Reagan & Aisenberg, LLP in Boston, MA. I acted as counsel for International Strategies Group, Ltd ("ISG") in International Strategies Group, Ltd. v. Corporation of the Bankhouse, et al, Civil Action No. 02-10532-RWZ ("the COB Litigation").

2. I met for the first time with Philip Clark of ISG on October 23, 2001. That was my first consultation with anyone from ISG. I was informed on November 7, 2001, that I would be retained.

3. After my retention by ISG, I attempted to contact A. John Pappalardo ("AJP"), as I understood he represented the investors in prior efforts to recover funds

misappropriated from Swan Trust. After several attempts to reach him, I finally received an e-mail dated December 7, 2001, in which AJP promised to meet with me (except that he was too busy at the time) and in which he promised to call me the following Monday, December 10, 2001. We did speak on December 10, 2001. During our conversation, we discussed my need for the documents he had amassed in connection with his investigation of the trail of the funds. AJP mentioned in an off-hand manner during the phone conversation that ISG might have claims against certain other parties, including "the banks," but did not describe the basis of those claims, and promised to cooperate. He continued to promise cooperation thereafter, but did not send the documents. I tried repeatedly to get documents that might substantiate claims available to ISG, including documents given to AJP by Pearlberg, Patrick and David Bosse, an attorney representing First Merchant Bank (FMB), that clearly were not privileged. Attached as Exhibit A are my written communications with AJP and Gary Crossen to obtain the documents.

4.   After attempting in the COB litigation to obtain these documents by other means, I was forced to file a motion to compel AJP to produce the documents I requested before filing the COB Litigation. A copy of the motion to compel (without exhibits) is attached as Exhibit B. This Court granted the motion, noting that the power of attorney "clouds" the attorney-client privilege defense raised by AJP in resisting production of documents. (Exhibit C)

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY

DATED: June 28, 2005

Kathleen C. Stone

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6-30-05

2