## Kathleen Stone

| | |
|---|---|
| From: | PappalardoJ@GTLAW.com |
| Sent: | Friday, December 07, 2001 6:58 PM |
| To: | KStone@lcra.com |
| Subject: | Re: ISG/COB |

Hello Kathleen. I am pleased to meet with you but can't schedule a time yet. I have hearings and depositions scheduled for eac day next week but if you could be flexible, I'm sure we can work something out. I will call you Monday.

------------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

## LOONEY, COHEN, REAGAN & AISENBERG LLP

COUNSELLORS AT LAW

109 STATE STREET
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 371-1050
TELECOPIER (617) 371-1051

BY FAX 617-310-6001

January 4, 2002

A. John Pappalardo, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Re: International Strategies Group, Inc.
and Corporation of the BankHouse, Inc.

Dear John:

I am writing to confirm that my client, International Strategies Group, Inc. remains interested in obtaining documents and information that you obtained while representing Jim Pomeroy, Corporation of the BankHouse and others. I understand that you have documents and information, not yet shared with ISG, which fall into three broad categories:

1.  Documents received from Henry Pearlberg;

2.  Information received from Henry Pearlberg; and

3.  Documents received from David Bosse.

(If there is other, non-documentary information from David Bosse, that would be part of this request as well.)

I assume that the foregoing would be obtainable in discovery, were ISG to file a lawsuit, and that the attorney-client privilege would not protect any of it from discovery. Although ISG has not yet filed, it certainly has grounds to do so and I expect I will be instructed to do so shortly.

Before that happens, however, I suggest that it is in the best interest of your former clients to cooperate with ISG and make the documents and information available on a voluntary basis. I have spoken to Gary Crossen and urged him, as I urge you, to cooperate with ISG, one of the victims of the scheme.

Please understand that I do not know specifically what you have, and do not mean to limit this or future requests to the three categories mentioned above. My intent is to obtain for ISG all documents and information relating to ISG's $4 million investment originally placed with Corporation of the BankHouse and allegedly transferred to other parties.

I look forward to hearing from you. My direct dial phone is 617-371-1153, and my email address is kstone@lcra.com.

Sincerely,

*Kathleen Stone*

Kathleen C. Stone

cc:   Gary C. Crossen, Esq.

## Kathleen Stone

**From:** PappalardoJ@GTLAW.com
**Sent:** Wednesday, January 09, 2002 9:08 AM
**To:** kstone@lcra.com

I am still waiting for a clearance from Gary Crossen which, after discussion, he says should come this week.

---------------------------

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1

**Kathleen Stone**

From: PappalardoJ@GTLAW.com
Sent: Monday, January 14, 2002 10:50 AM
To: kstone@lcra.com

I met with Gary Crossen last Friday and am preparing a package of materials for his review to deliver to you.

-----------------------------

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

## LOONEY, COHEN, REAGAN & AISENBERG LLP

COUNSELLORS AT LAW

109 STATE STREET
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 371-1050
TELECOPIER (617) 371-1051

<u>BY FAX 617-310-6001</u>

January 25, 2002

A. John Pappalardo, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

    Re:   International Strategies Group, Inc.
             <u>and Corporation of the BankHouse, Inc.</u>

Dear John:

This is a follow up to my letter of January 4, 2002 requesting documents. Your email of January 9, 2002 said you anticipated that Gary Crossen, new counsel for Jim Pomeroy and Corporation of the BankHouse, would agree to your giving me the requested documents by the end of that week. Two weeks have passed since then, so I assume that Mr. Pomeroy has had time to receive the benefit of his counsel's advice, and that the documents are ready to be delivered to my office.

Please advise.

Thank you.

Sincerely,

*Kathleen Stone*

Kathleen C. Stone

LOONEY, COHEN, REAGAN & AISENBERG LLP

COUNSELLORS AT LAW

109 STATE STREET
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 371-1050
TELECOPIER (617) 371-1051

BY FAX 617-439-9556

Gary C. Crossen, Esq.
Robin and Rudman
50 Rowes Wharf
Boston, MA 02110-3319

Re:   International Strategies Group, Inc.
      and Corporation of the BankHouse, Inc.

Dear Gary:

I am writing in follow up to our phone conversation and my letter of January 4, 2002 to John Pappalardo, a copy of which was sent to you.

I have received none of the documents I requested. I did, however, receive a phone mesage from John Pappalardo on Monday of this week saying that you were scheduled to review his files that afternoon, and that he anticipated copies of the documents I had requested would be ready for me by the end of that day.

When we spoke, your approach was to have Mr. Pomeroy cooperate with ISG, a victim of the "investment scheme". Assuming your approach remains the same, I ask you to let me know when the documents will be available.

Thank you.

Sincerely,

Kathleen Stone

Kathleen C. Stone

## Kathleen Stone

| | |
|---|---|
| From: | PappalardoJ@GTLAW.com |
| Sent: | Thursday, February 21, 2002 12:22 PM |
| To: | philipgclark@hotmail.com |
| Cc: | kstone@lcra.com |
| Subject: | Re: CoB/ISG |

Thank you for your communications. I am in North Carolina and have reviewed the materials you were kind enough to send. I will meet with Gary Crossen and possibly Jim next week when I return to Boston to discuss your proposal and the transfer of remaining files. I was told by Gary that there will be a hearing next week and that will provide the opportunity for discussion of these issues.
I will assist your efforts to recover what is rightfully yours.
-----------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1

## LOONEY, COHEN, REAGAN & AISENBERG LLP

COUNSELLORS AT LAW

109 STATE STREET
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 371-1050
TELECOPIER (617) 371-1051

BY FAX 617-439-9556

March 8, 2002

Gary C. Crossen, Esq.
Robin and Rudman
50 Rowes Wharf
Boston, MA 02110-3319

    Re:    International Strategies Group, Inc.
                and Corporation of the BankHouse, Inc.

Dear Gary:

This is my fourth request to you for the documents outlined in my letter of January 4, 2002, a copy of which is enclosed.

Please let me know when the documents will be available. Thank you.

Sincerely,

Kathleen Stone

Kathleen C. Stone

**Kathleen Stone**

| | |
|---|---|
| From: | PappalardoJ@GTLAW.com |
| Sent: | Wednesday, March 13, 2002 8:00 AM |
| To: | kstone@lcra.com |
| Subject: | Fw: Re: |

This is a message I sent to Philip Clark last week which I re-sent today. I am available today to discuss this with you. I will also foward his message to me which prompts these responses.

---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Pappalardo, A. John (Shld-Bos-LT) <PappalardoJ@GTLAW.com>
To: 'philip.clark@attglobal.net' <philip.clark@attglobal.net>
Sent: Thu Mar 07 10:27:45 2002
Subject: Re:

I have spoken to Gary several times and also spoke to Jim this week. They are concentrating on the outstanding lawsuit and the hearing this week. I have provided most of the documents to Gary as he is successor counsel and both he and Jim continue to discuss a lawsuit vs Pearlberg,Patrick,et al either as a counterclaim in the current suit or as an affirmative freestanding action. I also spoke to Chris Jones who says Pearlberg is finally prepared to begin his payment of "restitution" this week. I remain skeptical about those prospects and wonder if Pearlberg's recent contact was the result of your activities or that of the federal authorities. If you come to Boston I am happy to meet or in the alternative cooperate with Kathy. Gary must make the final decision but I think its in the interest of all parties to work cooperatively. The statute of limitations will be an issue but creative thinking should be applied. No "pleadings" as such exist, only drafts and analysis which were provided last Spring and while discussed, not acted on.
---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1

## Kathleen Stone

| | |
|---|---|
| From: | PappalardoJ@GTLAW.com |
| Sent: | Wednesday, March 13, 2002 7:53 AM |
| To: | philip.clark@attglobal.net |
| Cc: | kstone@lcra.com |
| Subject: | Re: Draft Pleadings |

I will respond more fully later today when I am able to get to a computer. For the moment I resend a previous message indicating that I have no "draft pleadings" and that all documents are controlled not by me but rather Gary Crossen. Neither I nor my firm currently represents Jim Pomeroy or COB and cannot under the circumstances.

-------------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1

**Kathleen Stone**

| | |
|---|---|
| From: | PappalardoJ@GTLAW.com |
| Sent: | Wednesday, March 13, 2002 8:02 AM |
| To: | kstone@lcra.com |
| Subject: | Fw: Draft Pleadings |

Philip's last message.
-----------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Philip G. Clark <philip.clark@attglobal.net>
To: pappalardoj@gtlaw.com <PappalardoJ@GTLAW.com>
CC: peter.elliott@egroup.com.sg <peter.elliott@egroup.com.sg>; chris@int-strat.com <chris@int-strat.com>; KStone@lcra.com <KStone@lcra.com>
Sent: Wed Mar 13 04:34:25 2002
Subject: Draft Pleadings

Dear John

I have yet again received no response from you with respect to the draft pleadings and relevant documents as requested. I believe you have a clear legal obligation to pass these (and indeed other documents as requested) to me.

In the absence of your satisfactory response in this regard, we have taken the advice of separate US counsel and are looking to escalate matters against you, Steve and your respective past and present firms.

I believe the time has long elapsed for you to have sought separate advice with respect to your legal position vis a vis ISG in this matter and that each day you allow the matter to progress without responding with a full and open dialogue with ISG, the positions of Greenberg Traurig and Eckart Seamans are exacerbated.

Kindly as a matter of urgency, revisit the power of attorney and side letter, consider, amongst othe things, the very serious impact the process of tolling the statute of limitations may have had on ISG's position, and as a matter of urgency, reconsider your obligations to expeditiously provide the draft pleadings and commensurate documents to ISG (and in all likelihood also, the previusly prepared "May Davis opinion").

I hope I will hear from you this evening.

Philip

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the

1

intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

**LOONEY, COHEN, REAGAN & AISENBERG LLP**

COUNSELLORS AT LAW

109 STATE STREET
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 371-1050
TELECOPIER (617) 371-1051

<u>BY FAX 617-439-9556</u>

March 14, 2002

Gary C. Crossen, Esq.
Robin and Rudman
50 Rowes Wharf
Boston, MA 02110-3319

    Re:   <u>International Strategies Group, Inc.
            and Corporation of the BankHouse, Inc.</u>

Dear Gary:

I talked with John Pappalardo yesterday, and John told me there is a package of materials which should be produced to me immediately. John recalls giving this package to Philip Clark in London over a year ago. It contained an overview of the situation, with supporting documents including a trust agreement of Swan Trust, communications with Henry Pearlberg, documents from Fleet Bank showing the transfer of COB funds to Swan, and an acknowledgement from May Davis of the amount in the account. The documents had handwritten markings which John believes were in the handwriting of Peter Ness and/or Jim Pomeroy.

For some reason, I do not have this package, but am very anxious to receive it. I expect it is among the files transferred to you from John Pappalardo's office. I am writing to follow up on my telephone message requesting that it be produced to me immediately. Please let me know when I can pick it up.

Also, I would like to have an answer to my letters dated March 8, 2002 and January 4, 2002 regarding other documents. Please advise.

Sincerely,

*Kathleen Stone*

Kathleen C. Stone

cc:   A. John Pappalardo, Esq.

**Kathleen Stone**

| | |
|---|---|
| From: | PappalardoJ@GTLAW.com |
| Sent: | Thursday, March 14, 2002 8:16 AM |
| To: | philip.clark@attglobal.net |
| Cc: | kstone@lcra.com |
| Subject: | Re: Draft Pleadings |

Dear Philip. I had a substantive conversation with Kathleen Stone today concerning issues you raise in your email. While I disagree with your assertions and in particular what you view to be my legal obligation, it remains my intent to assist you with your recovery efforts. I do not take this position as a result of any threat which I view to be baseless. I do not control either the documents or the work product that you seek which I understand is the subject of ongoing negotiations between your counsel and Jim Pomeroy's counsel. I suggested a course of action to both which would provide you with sufficient materials to commence suit while the ongoing discussions between them continue. When a resolution between them is reached, I would expect to be free to provide information and direct you or your counsel to documents which may not already be in your possession. As we have previously discussed, there is a clear paper trail of the transactions
once funds are deposited with Swan Trust.    I provided a more detailed analysis of the foregoing to Kathleen.           John


-----------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1