UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, <br><br> Defendants | CIVIL ACTION No.: 04-12000 RWZ |

**JOINT MOTION TO STRIKE AFFIDAVITS OF
PHILIP CLARK, CHRISTOPHER BARBER, CHRISTOPHER JONES,
FRANK HANSEN, JESSICA BLOCK, AND KATHLEEN STONE**

Defendants A. John Pappalardo ("AJP"), Eckert Seamans Cherin and Mellott LLC ("ESCM") and Greenberg Traurig, LLP ("GT") hereby move to strike, in whole or in part, the affidavits, and exhibits thereto, of Philip Clark, Christopher Barber, Christopher Jones, Frank Hansen, Jessica Block, and Kathleen Stone, except insofar as they constitute admissions by ISG.[1] As fully explicated in the accompanying Memorandum of Law, these affidavits and exhibits, submitted by Plaintiff International Strategies Group, Ltd. ("ISG") in support of its opposition to Defendants' motions for summary judgment, fail to satisfy the requirements of Fed. R. Civ. P. 56(e) in that, in whole or in part, they are not based on personal knowledge, lack foundation, consist of hearsay, opinion and speculation, or are otherwise inadmissible.

---

[1] The schedule setting forth the specific paragraphs of affidavits and the exhibits that the Defendants seek to strike is attached as Exhibit A. The Defendants have noted in their Replies that Exhibits E and G to the Clark affidavit comprise admissions of ISG and are not the subject of this Motion.

-2-

For the foregoing reasons, the Court should grant the Defendants' Joint Motion to Strike the Clark, Barber, Jones, Hansen, Block, and Stone affidavits and exhibits attached thereto, in whole or in part, except insofar as they constitute admissions by ISG.

    Respectfully submitted,

    GREENBERG TRAURIG, LLP AND
    A. JOHN PAPPALARDO,

    By their attorneys,


    */s/ Matthew P. Garvey*
    Paul B. Galvani (BBO # 183800)
    Matthew P. Garvey (BBO # 655419)
    Ropes & Gray LLP
    One International Place
    Boston, MA 02110
    Tel.: (617) 951-7000

    ECKERT, SEAMANS,
    CHERIN AND MELLOTT, LLC,

    By its attorneys,

    */s/ William B. Mallin*
    William B. Mallin (admitted pro hac vice)
    Timothy S. Coon (admitted pro hac vice)
    Devorah A. Levine, Esquire (BBO #650813)
    Eckert Seamans Cherin & Mellott, LLC
    One International Place
    Boston, MA 02110
    (617) 617) 342-6800

Dated: July 7, 2005

-3-

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1, I, the undersigned counsel for defendants Greenberg Traurig, LLP. and A. John Pappalardo, certify that I have conferred unsuccessfully with plaintiff's counsel regarding this motion in good faith to resolve or narrow the issues presented by this motion.

*/s/ Matthew P. Garvey*
Matthew P. Garvey

## CERTIFICATE OF SERVICE

I, Matthew P. Garvey, a member of the Bar of this Court, hereby certify that on this day, July 7, 2005, the above Motion to Strike was served on the plaintiff by causing a copy of the same to be hand delivered to its counsel, Jessica Block, Esq., Block & Roos, LLP, 60 State Street, Suite 3800, Boston, MA 02109.

*/s/ Matthew P. Garvey*
Matthew P. Garvey