**Exhibit A**

The Defendants move to strike the following from the six affidavits submitted by ISG:

<u>Affidavit of Philip Clark</u>:  The entire affidavit or, in the alternative, ¶¶ 2-4, 6-11, 13-24, and all exhibits attached thereto except for exhibits A, B, E, G, L, P and Q;

<u>Affidavit of Christopher Barber</u>:  The entire affidavit or, in the alternative, ¶¶ 2-18 (the first of Mr. Barber's two paragraphs numbered 18), 19 (both paragraphs numbered 19), 20, and all exhibits attached thereto except for exhibits N, P, R, S, U, V, W, and Y;

<u>Affidavit of Christopher Jones</u>: The entire affidavit;

<u>Affidavit of Frank Hansen</u>: The entire affidavit and all exhibits attached thereto;

<u>Affidavit of Jessica Block</u>: The entire affidavit and all exhibits attached thereto; and

<u>Affidavit of Kathleen Stone</u>:  The entire affidavit and all exhibits attached thereto.