# Exhibit A

**Pappalardo, A. John (Shld-Bos-LT)**

| | |
|---|---|
| From: | philip g clark [philipgclark@hotmail.com] |
| Sent: | Thursday, June 06, 2002 1:36 AM |
| To: | pappalardoj@gtlaw.com |
| Cc: | chris@int-strat.com |
| Subject: | New York address for FMB |

Hi John

As you will no doubt be aware, we are now pushing ahead with discovery.

Have you received the request for documents?

We have made considerable further inroads into the roles played by May Davis Inc, FMB, and ABN Amro. We are of course intendant upon pursuing discovery against them also. We wonder if you have a New York address for FMB other than through their new correspondent, JP Morgan Chase at 270 Park Avenue. We have been informed that all of this information was given to you in the course of your meeting with Yaman. Kindly advise these details by return if they are at hand.

I might while I am communicating, express that I am aware that you are anxious to help ISG, but are constrained by client obligations and confidentiality. We would appreciate all you can do to persuade Jim not to bother to argue over the width of discovery, and to simply provide the documents with respect to what Swan Trust, May Davis, FMB did with the syndicate's money, and the arrangements he enered into with them.

We already have further documents with respect to these aspects shortly coming into our possession. I addition, I have little doubt given the rather obvious judicial attitude with respect to Pomeroy and Crossen that our case for full discovery will be given credence. There will also I expect be account taken of clear, and continuing delaying tactics demonstrated to date by Pomeroy, his continuing reluctance to evidence what arrangements were entered into with Pearlberg and with FMB, and the pending Statute Of Limitations constraints.

On another matter, I expect to be in Boston again next month. Would you be prepared, as you have indicated in the past, to meet with me? I think further personal contact would achieve a great deal. Kindly revert with your thoughts in this regard. In particular, kindly advise where you might be during that difficult July 4th weekend.

I look forward to hearing from you, hopefully tonight.

Philip

---

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp.

1