**Block & Roos**



Block & Roos, LLP   617 223-1900
Attorneys           617 227-1948 Fax
60 State Street
Suite 3800
Boston, Massachusetts
02109

July 13, 2005

The Honorable Rya W. Zobel
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 6110
Boston, MA 02210

    Re:   International Strategies Group, Ltd. v. Greenberg Traurig, LLP
           A. John Pappalardo and Eckert, Seamans, Cherin and Mellott LLC
           Civil Action No. 04-12000 RWZ

Dear Judge Zobel:

At the hearing on the summary judgment motions yesterday, your Honor questioned the import of payment of legal fees on the existence of an attorney-client relationship. Although a case on point is cited in ISG's opposition (page 24) I also refer the Court's attention to Bays v. Theran, 418 Mass. 685, 690 (1994), where the Supreme Judicial Court specifically stated, in a disqualification context, "whether a client has paid an attorney a fee is not conclusive as to the existence of an attorney client-relationship" and outlined the elements giving rise to an implied attorney client relationship. Your Honor also questioned both parties as to whether a lawyer may represent multiple clients for limited purposes even if conflicts exist between them. Further research confirms such joint representation among clients is permissible and occurs. Acushnet Co. v. Coaters, Inc., 972 F. Supp. 41, 84-5 (D. Mass. 1997); Roxse Homes, Inc., v. Adams, 83 F.R.D. 398 (D. Mass. 1998).

Yours sincerely,

*/s/ Jessica Block*
Jessica Block

cc:    Devorah Levine, Esquire
       Matthew Garvey, Esquire