UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD,

Plaintiff,

v.

GREENBERG TRAURIG, LLP, A. JOHN
PAPPALARDO, AND ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC,

Defendants.

Civil Action No.: 04-12000-RWZ

**JOINT REQUEST FOR AN EXTENSION AND MODIFICATION OF THE
DISCOVERY AND PRETRIAL CONFERENCE SCHEDULE**

All parties in this matter, International Strategies Group ("ISG"), Greenberg Traurig LLP ("GT") and A. John Pappalardo ("AJP"), and Eckert, Seamans, Cherin and Mellott, LLC. ("ESCM") (collectively "the Parties") jointly seek from this Court an extension of the attached discovery order ("the April 26, 2005 Order") and further request a continuance of the scheduling conference presently set for February 8, 2006 at 2:30 PM (the "Scheduling Conference").

As grounds for this Joint Request, the Parties state that motions for summary judgment based upon initial disclosure documents are pending before the Court ("the Summary Judgment Motions"). Oral argument on those motions took place on July 14, 2005. The Parties have been awaiting a decision from the Court to determine the scope of further deposition and documentary discovery.

The Parties request, therefore, that the timetable for fact discovery set forth in the April 26, 2005 Order be amended to provide that the parties have six months for such fact discovery as may be required commencing from the date of entry on the docket of this Court's decision

on the Summary Judgment Motions, and that the Scheduling Conference be continued until after said fact-discovery period has elapsed.

Respectfully Submitted,

| INTERNATIONAL STRATEGIES GROUP, LTD. | GREENBERG TRAURIG, LLP AND A. JOHN PAPPALARDO |
|---|---|
| By its attorney, | By their attorneys, |
| /s/ Jessica Block | /s/ Paul Galvani |
| Jessica Block. | Paul B. Galvani (BBO # 183800) |
| Block & Roos. LLP (BBO#046110) | Matthew B. Garvey (BBO # 655419) |
| 60 State Street, Suite 3800 | Ropes & Gray LLP |
| Boston, MA 02109 | One International Place |
| (617) 223-1900 | Boston, MA 02110 |
|  | (617) 951-7000 |

ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC,

By their attorneys,

/s/ William Mallin
William Mallin (admitted *pro hac vice*)
Devorah Levine (BBO #650813)
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
(617) 617) 342-6800

Date: January 11, 2006