## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>**INTERNATIONAL STRATEGIES GROUP**</u>
            **Plaintiff**

            V.                                                    CIVIL ACTION

<u>**GREENBERG TRAURIG, LLP. ET AL**</u>                NO. <u>04CV12000-RWZ</u>
            **Defendant**


## <u>JUDGMENT</u>

<u>ZOBEL, D. J.</u>

In accordance with the MEMORANDUM OF DECISION entered 1/30/06;

JUDGMENT is entered for DEFENDANTS.

                                                            By the Court,


<u>    1/30/06    </u>                                      s/ Lisa A. Urso
**Date**                                                    **Deputy Clerk**