UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 FEB -9  A 8: 50

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD.<br><br>Plaintiff,<br><br>v.<br><br>GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC.,<br><br>Defendants. | CIVIL ACTION NO. 04-12000 RWZ |

## MOTION OF INTERNATIONAL STRATEGIES GROUP, LTD. FOR RECONSIDERATION UNDER RULE 59 (e) OR FOR RELIEF FROM JUDGMENT UNDER RULE 60 (b)

### REQUEST FOR ORAL ARGUMENT

International Strategies Group, Ltd. ("ISG") moves to alter or amend and reconsider the judgment under Fed.R.Civ.P. 59 (e) or, in the alternative, for relief from judgment under Fed.R.Civ.60 (b). As grounds for this Motion, ISG states that (1) the Court's decision granting summary judgment on January 30, 2006 is based upon manifest errors of fact due to the Court's misinterpretation of evidence presented by ISG; (2) a case, decided between oral argument and entry of summary judgment, provides new precedent for applying the continuous representation doctrine where, as in this case, a partner changes law firms before his representation terminates; and (3) alternative theories

of recovery, not addressed in defendants' motion for summary judgment, provided an alternative basis continuing proceedings in this case.

As further grounds for this motion, ISG refers to its memorandum of law and affidavits submitted herewith.

ISG requests oral argument on the within motion.

INTERNATIONAL STRATEGIES
GROUP, LTD

By its attorneys,

Jessica Block
BBO#046110
Block & Roos, LLP
60 State Street, Suite 3800
Boston, Massachusetts 02109
(617) 223-1900

February 9, 2006

### CERTIFICATE UNDER LOCAL RULE 7.1

I, Jessica Block, Esquire, hereby certify that I have conferred in good faith, in an attempt to resolve or narrow the issues raised by the within motion, with counsel for defendants, Matthew Garvey, Esquire (for Greenberg Traurig, LLP and A. John Pappalardo, Esquire) and Timothy Coons (For Eckert, Seaman, Cherin and Mallett LLC )

Jessica Block

### CERTIFICATE OF SERVICE

I, Jessica Block, Esquire, counsel for the plaintiff, do hereby certify that the within pleading was served by causing copies to be mailed, first class, postage prepaid, to counsel for the other parties of record, this 9th day of February, 2006 and through the electronic filing process.

Jessica Block