UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.

    Plaintiff,

v.

GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC.,

    Defendants.

CIVIL ACTION NO. 04-12000 RWZ

## AFFIDAVIT OF CHRISTOPHER M. BARBER IN SUPPORT OF THE MOTION FOR RECONSIDERATION OR FOR RELIEF FROM JUDGMENT BROUGHT BY INTERNATIONAL STRATEGIES GROUP, LTD.

**CHRISTOPHER M. BARBER**, being duly sworn, deposes and states as follows:

1. I am former director and current shareholder of International Strategies Group, Ltd (ISG) and make this affidavit in support of ISG's motion for reconsideration of this Court's decision of January 30, 2006, granting summary judgment ("the Decision").

2. Specifically I make this affidavit to address the Court's conclusion that "[a]lthough plaintiff's description implies that funds were available for attachment over a period of time, in fact the bank records clarify that the accounts were literally swept daily, often multiple times per day, immediately upon deposit of any substantial amount of money . . . Plaintiff never explains how Pappalardo and GT could have successfully isolated funds for attachment, when no substantial funds ever remained in the accounts for more than a day." I prepared the summary charts of the Abn Amro Bank main (concentration) account 574073851441 and the FMB sweep account 801073851471,

which were attached as Exhibits I and J to my original affidavit of June 28, 2005, in opposition to defendants' motion for summary judgment in this case. It simply is not correct to conclude that "no substantial funds ever remained in the account for more than a day" or that the funds were swept "multiple times a day."

3. As an experienced businessman in both Asia and Europe who has been engaged in numerous electronic banking transactions, I am familiar with sweep accounts and the way they operate.

4. A "sweep account" is in fact an overnight deposit account at the same bank as a depositor's primary account. The sweep accounts give the banks access to the funds overnight for global banking/investment purposes. In return the depositor receives the benefit of a higher interest rate. With a sweep account, a depositor can automatically invest (i.e., sweep) all excess funds from its main account   After normal banking hours, all funds, in excess of an agreed target balance, are swept into this overnight investment vehicle. The following day, before the bank opens, the same funds are transferred back into the main account where they are accessible during business hours. Thus, during banking hours, the funds in the concentration account, i.e., the main account of FMB at Abn Amro, are, in fact, fully available for attachment.

5. It is not correct to conclude that the accounts were swept multiple times a day because the very nature of an overnight sweep account is that the funds transfer occurs after banking hours and the funds are transferred back to the primary account before the bank opens the following morning. As reflected on the summary charts based upon documentation received from Abn Amro, had an attachment been obtained in, for

instance, August, 1999, the investors could have captured between $2,340,440.60 and $3,564,415.60.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY

Date: February 8, 2006

_C. M. Barber_
Christopher M. Barber

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/9/06.

_electronically_
_Jeffrey Block_

3