UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, <br><br> Defendants | CIVIL ACTION No.: 04-12000 RWZ |

## **JOINT MOTION TO STRIKE EXHIBIT AND AFFIDAVITS**

Defendants A. John Pappalardo ("AJP"), Eckert Seamans Cherin & Mellott LLC ("ESCM") and Greenberg Traurig, LLP ("GT") hereby move to strike the exhibit and the affidavits of Blaine H. Bortnick, Christopher M. Barber, and Kathleen C. Stone, which were submitted by Plaintiff International Strategies Group, Ltd. ("ISG") in support of its motion for reconsideration or for relief from judgment. The exhibit and affidavits contain no information that was not available to ISG at the time it submitted its summary judgment papers, and thus cannot be used to support ISG's motion. Moreover, even if they could be considered in a motion for reconsideration or relief from judgment, the exhibit and affidavits fail to satisfy the requirements of Federal Rule of Civil Procedure 56(e) in that they either are unqualified expert testimony, improper subjects of expert testimony, rank speculation, opinion, not based on personal knowledge, lack foundation, or are otherwise inadmissible.

-2-

For the foregoing reasons, and for those given the Defendants' memorandum supporting this motion, the Court should grant the Defendants' Joint Motion to Strike the Barber, Bortnick, and Stone affidavits and the exhibit attached to ISG's motion for reconsideration or relief from judgment.

REQUEST FOR ORAL ARGUMENT

The Defendants respectfully request oral argument on this motion.

 Respectfully submitted,

 GREENBERG TRAURIG, LLP AND
 A. JOHN PAPPALARDO,

 By their attorneys,


 */s/ Matthew P. Garvey*
 Paul B. Galvani (BBO # 183800)
 Matthew P. Garvey (BBO # 655419)
 Ropes & Gray LLP
 One International Place
 Boston, MA 02110
 Tel.: (617) 951-7000

 ECKERT, SEAMANS,
 CHERIN AND MELLOTT, LLC,

 By its attorneys,

 */s/ William B. Mallin*
 William B. Mallin (admitted pro hac vice)
 Timothy S. Coon (admitted pro hac vice)
 Devorah A. Levine, Esquire (BBO #650813)
 Eckert Seamans Cherin & Mellott, LLC
 One International Place
 Boston, MA 02110
 (617) 617) 342-6800

Dated: February 22, 2006

-3-

## CERTIFICATE OF CONSULTATION

      Pursuant to Local Rule 7.1, I, the undersigned counsel for defendants Greenberg Traurig, LLP. and A. John Pappalardo, certify that I have conferred unsuccessfully with plaintiff's counsel regarding this motion in good faith to resolve or narrow the issues presented by this motion.

                          */s/ Matthew P. Garvey*
                          Matthew P. Garvey

## CERTIFICATE OF SERVICE

      I, Matthew P. Garvey, a member of the Bar of this Court, hereby certify that on this day, February 22, 2006, the above Motion to Strike was served on the plaintiff by causing a copy of the same to be delivered electronically and by hand to its counsel, Jessica Block, Esq., Block & Roos, LLP, 60 State Street, Suite 3800, Boston, MA 02109.

                          */s/ Matthew P. Garvey*
                          Matthew P. Garvey