UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES GROUP, LTD.,

    Plaintiff,

    v.

GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC.,

    Defendants.

CIVIL ACTION NO. 04-12000 RWZ

**MOTION OF INTERNATIONAL STRATEGIES GROUP, LTD. FOR LEAVE TO FILE A REPLY MEMORANDUM.**

Pursuant to Local Rule 7.1 (C), International Strategies Group, Ltd. ("ISG") requests leave to file a reply memorandum briefly to address points raised by defendants Eckert, Seamans, Cherin and Mellott, LLC ("ESCM"), Greenberg Traurig LLP ("GT") and A. John Pappalardo ("AJP") in opposition to ISG's motion for reconsideration or relief from judgment. As grounds for this motion, ISG states that a reply memorandum is necessary to respond to new arguments raised by defendants in their oppositions regarding causation and to rebut the erroneous contention that ISG is "quibbling" with insignificant aspects of the Court's decision granting summary judgment.

As further grounds for this motion, ISG states that each of the defendants was permitted to file a reply memorandum to ISG's opposition to their motions for summary judgment. ISG attempted in good faith, under Local Rule 7.1 (A)(2) to obtain defendants'

consent to a reply memorandum in exchange for an agreement that they may file a reply to any opposition to their motion to strike, but was not successful.

INTERNATIONAL STRATEGIES<br>
GROUP, LTD<br><br>
By its attorneys,<br><br>
_____<br>
Jessica Block<br>
BBO#046110<br>
Block & Roos, LLP<br>
60 State Street, Suite 3800<br>
Boston, Massachusetts  02109<br>
(617) 223-1900

March 1, 2006

## CERTIFICATE OF SERVICE

I, Jessica Block, Esquire, counsel for the plaintiff, do hereby certify that the within pleading was served by causing copies to be mailed, first class, postage prepaid, to counsel for the other parties of record, this 1st day of March, 2006 and through the electronic filing process.

_____
Jessica Block