UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC, )<br>)<br>Defendants )<br>) | CIVIL ACTION No.: 04-12000 RWZ |

### DEFENDANTS' OPPOSITION TO MOTION OF INTERNATIONAL STRATEGIES GROUP, LTD., FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendants A. John Pappalardo, Eckert Seamans Cherin & Mellott LLC and Greenberg Traurig, LLP oppose the motion of Plaintiff International Strategies Group, Ltd. ("ISG") for leave to file a reply memorandum. There is no need for any further briefing by ISG in this matter. ISG has thoroughly argued its case opposing the Defendants' motion for summary judgment; ISG filed a 38-page opposition brief, presented its position at oral argument, and, after defendants were granted summary judgment, filed a 15-page brief supporting its motion for reconsideration or relief from judgment. Further, it is evident from the reply brief, which ISG prematurely filed, that any additional briefing by ISG will contain nothing more than regurgitated arguments, bereft of legal support and evidentiary materiality. Such papers have no place in this record, which clearly demonstrates that the Court was correct in granting Defendants summary judgment.

-2-

Respectfully submitted,

GREENBERG TRAURIG, LLP AND
A. JOHN PAPPALARDO,

By their attorneys,


*/s/ Matthew P. Garvey*
Paul B. Galvani (BBO # 183800)
Matthew P. Garvey (BBO # 655419)
Ropes & Gray LLP
One International Place
Boston, MA 02110
Tel.: (617) 951-7000

ECKERT, SEAMANS,
CHERIN AND MELLOTT, LLC,

By its attorneys,

*/s/ William B. Mallin*
William B. Mallin (admitted pro hac vice)
Timothy S. Coon (admitted pro hac vice)
Devorah A. Levine, Esquire (BBO #650813)
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
(617) 617) 342-6800

Dated:  March 3, 2006

-3-

## CERTIFICATE OF SERVICE

    I, Matthew P. Garvey, a member of the Bar of this Court, hereby certify that on this day, March 3, 2006, the above opposition to plainttiff's motion for leave to file a reply was served on the plaintiff by causing a copy of the same to be delivered electronically and by hand to its counsel, Jessica Block, Esq., Block & Roos, LLP, 60 State Street, Suite 3800, Boston, MA 02109.

                                                                      */s/ Matthew P. Garvey*
                                                                      Matthew P. Garvey