UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC.,<br><br>    Defendants. | CIVIL ACTION NO. 04-12000 RWZ |

**NOTICE OF APPEAL**

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, plaintiff International Strategies Group, Ltd. ("ISG") hereby notices its appeal from (i) the Judgment of the United States District Court, entered January 30, 2006, granting summary judgment in favor of defendants Greenberg Traurig, LLP, A. John Pappalardo, and Eckert, Seamans, Cherin and Mellott, LLC in the above-captioned action and (ii) the Order and Final Judgment filed March 30, 2006 and entered on the docket on March 31, 2006, denying the motion of ISG for reconsideration under Fed.R.Civ.P. 59 (e) or, in the alternative, for relief from judgment under Fed.R.Civ.60 (b).

                                                          INTERNATIONAL STRATEGIES GROUP, LTD

                                                          By its attorneys,

                                                         /s/ Jessica Block  
                                                         Jessica Block  
                                                         BBO#046110  
                                                         Block & Roos, LLP  
                                                         60 State Street, Suite 3800  
                                                         Boston, Massachusetts 02109  
April 25, 2006                                (617) 223-1900

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have caused the within document to be served through the ECF system, and by first class mail, postage prepaid, upon counsel of record.

                                                    /s/Jessica Block

                                                    Jessica Block

.