UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD.<br><br>Plaintiff,<br><br>v.<br><br>GREENBERG TRAURIG, LLP., A. JOHN PAPPALARDO, AND ECKERT, SEAMANS, CHERIN AND MELLOTT, LLC.,<br><br>Defendants. | CIVIL ACTION NO. 04-12000 RWZ |

**NOTICE OF APPEAL**

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, plaintiff International Strategies Group, Ltd. ("ISG") hereby notices its appeal from (i) the Judgment of the United States District Court, entered January 30, 2006, granting summary judgment in favor of defendants Greenberg Traurig, LLP, A. John Pappalardo, and Eckert, Seamans, Cherin and Mellott, LLC in the above-captioned action and (ii) the Order and Final Judgment filed March 30, 2006 and entered on the docket on March 31, 2006, denying the motion of ISG for reconsideration under Fed.R.Civ.P. 59 (e) or, in the alternative, for relief from judgment under Fed.R.Civ.60 (b).

INTERNATIONAL STRATEGIES
GROUP, LTD

By its attorneys,

/s/ Jessica Block
Jessica Block
BBO#046110
Block & Roos, LLP
60 State Street, Suite 3800
Boston, Massachusetts 02109
(617) 223-1900

April 25, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have caused the within document to be served through the ECF system, and by first class mail, postage prepaid, upon counsel of record.

/s/Jessica Block

Jessica Block

2

## Appeal Documents

1:04-cv-12000-RWZ International Strategies Group, LTD v. Greenberg Traurig, LLP et al
**CASE CLOSED on 01/30/2006**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Block, Jessica entered on 4/25/2006 at 11:12 AM EDT and filed on 4/25/2006

**Case Name:** International Strategies Group, LTD v. Greenberg Traurig, LLP et al
**Case Number:** 1:04-cv-12000
**Filer:** International Strategies Group, LTD
**WARNING: CASE CLOSED on 01/30/2006**
**Document Number:** 79

**Docket Text:**
NOTICE OF APPEAL as to [65] Judgment, Order on Motion for Reconsideration, Order on Motion to Strike, Order on Motion for Leave to File by International Strategies Group, LTD. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/15/2006. (Block, Jessica)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/25/2006] [FileNumber=1400425-0
] [1a44125b87af9a84cce679fea5852503e21119ca038d78c0a19ee733f4a0d12a238
c2936b20e377627e9026e0d03f1f030a339e5330990ab2b923938f6f15367]]

**1:04-cv-12000 Notice will be electronically mailed to:**

Jessica Block     block@blockroos.com

Paul B. Galvani     pgalvani@ropesgray.com, SamplePlead@ropesgray.com

Matthew P. Garvey     mgarvey@ropesgray.com, SamplePlead@ropesgray.com

Devorah Anne Levine     dlevine@eckertseamans.com, cchighisola@eckertseamans.com

**1:04-cv-12000 Notice will not be electronically mailed to:**

Timothy S. Coon
Eckert Seamans Cherin & Mellott, LLC