**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number : 04-cv-12000

International Strategies Group

v.

Greengerg Traurig, LLP., et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-35, 37-49, 51-80

and contained in Volume(s) I-III are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/25/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 12, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __5/12/06__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06