APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12000-RWZ

International Strategies Group, LTD v. Greenberg Traurig, LLP et al
Assigned to: Judge Rya W. Zobel
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/15/2004
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**International Strategies Group, LTD**  represented by **Jessica Block**
Block & Roos LLP
60 State Street
Suite 3800
Boston, MA 02109
617-223-1900
Fax: 617-227-1948
Email: block@blockroos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Greenberg Traurig, LLP**  represented by **Matthew P. Garvey**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7879
Fax: 617-951-7050
Email: mgarvey@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Paul B. Galvani**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7543

Fax: 617-951-7050
Email: pgalvani@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**A. John Pappalardo**  represented by  **Matthew P. Garvey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul B. Galvani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eckert, Seamans, Cherin and Mellott, LLC**  represented by  **Timothy S. Coon**
Eckert Seamans Cherin & Mellott, LLC
USX Tower
600 Grant Street
44th Floor
Pittsburg, MA 15219-2788
412-566-6000
Fax: 6099
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Mallin**
Eckert Seamans Cherin & Mellott, LLC
USX Tower
600 Grant Street
44th Street
Pittsburg, PA 15219-2788
412-566-6000
Fax: 6099
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devorah Anne Levine**
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110

617-342-6800
Fax: 617-342-6899
Email:
dlevine@eckertseamans.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2004 | | Summons Issued as to Eckert, Seamans, Cherin and Mellott, LLC, Greenberg Traurig, LLP, A. John Pappalardo. (Johnson, Jay) (Entered: 09/16/2004) |
| 09/15/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Johnson, Jay) (Entered: 09/16/2004) |
| 09/16/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58701, filed by International Strategies Group, LTD. (Attachments: # 1 Civil Cover Sheet)(Johnson, Jay) (Entered: 09/16/2004) |
| 09/30/2004 | 2 | SUMMONS Returned Executed Greenberg Traurig, LLP served on 9/21/2004, answer due 10/11/2004. (Johnson, Jay) (Entered: 10/04/2004) |
| 09/30/2004 | 3 | AFFIDAVIT OF SERVICE Executed by International Strategies Group, LTD. Eckert, Seamans, Cherin and Mellott, LLC served on 9/21/2004, answer due 10/11/2004. Acknowledgement filed by International Strategies Group, LTD. (Johnson, Jay) (Entered: 10/04/2004) |
| 10/08/2004 | 4 | STIPULATION extending time to 11/12/04 to answer re 1 Complaint by Eckert, Seamans, Cherin and Mellott, LLC, Greenberg Traurig, LLP, International Strategies Group, LTD, A. John Pappalardo. (Johnson, Jay) (Entered: 10/13/2004) |
| 10/15/2004 | 5 | AFFIDAVIT OF SERVICE Executed A. John Pappalardo served on 10/6/2004, answer due 10/26/2004.. (Johnson, Jay) (Entered: 10/18/2004) |
| 11/12/2004 | 6 | Assented to MOTION for Extension of Time to November 19, 2004 to Respond to Plaintiff's Complaint by Greenberg Traurig, LLP, A. John Pappalardo.(Garvey, Matthew) (Entered: 11/12/2004) |
| 11/12/2004 | 7 | MOTION to Dismiss by Eckert, Seamans, Cherin and Mellott, |

| | | |
|---|---|---|
| | | LLC.(Johnson, Jay) (Entered: 11/15/2004) |
| 11/12/2004 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss filed by Eckert, Seamans, Cherin and Mellott, LLC. (Johnson, Jay) (Entered: 11/15/2004) |
| 11/15/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting 6 Motion for Extension of Time to respond by 11/19/04 (Urso, Lisa) (Entered: 11/15/2004) |
| 11/19/2004 | 9 | MOTION to Dismiss by Greenberg Traurig, LLP, A. John Pappalardo.(Garvey, Matthew) (Entered: 11/19/2004) |
| 11/19/2004 | 10 | MEMORANDUM in Support re 9 MOTION to Dismiss filed by Greenberg Traurig, LLP, A. John Pappalardo. (Garvey, Matthew) (Entered: 11/19/2004) |
| 11/24/2004 | 11 | MOTION for Extension of Time to 12/23/04 to File Response/Reply as to 7 MOTION to Dismiss, 9 MOTION to Dismiss by International Strategies Group, LTD.(Johnson, Jay) (Entered: 11/29/2004) |
| 12/06/2004 | | Judge Rya W. Zobel : Electronic ORDER entered granting 11 Motion for Extension of Time to File Response/Reply re 7 MOTION to Dismiss, 9 MOTION to Dismiss Responses due by 12/23/2004 (Urso, Lisa) (Entered: 12/06/2004) |
| 12/06/2004 | 12 | NOTICE of Appearance by Paul B. Galvani on behalf of Greenberg Traurig, LLP, A. John Pappalardo (Galvani, Paul) (Entered: 12/06/2004) |
| 12/23/2004 | 13 | Opposition re 7 MOTION to Dismiss filed by International Strategies Group, LTD. (Johnson, Jay) (Entered: 12/29/2004) |
| 12/23/2004 | 14 | Opposition re 9 MOTION to Dismiss filed by International Strategies Group, LTD. (Johnson, Jay) (Entered: 12/29/2004) |
| 12/23/2004 | 15 | AFFIDAVIT of Phillip Clark by International Strategies Group, LTD. (Johnson, Jay) (Entered: 12/29/2004) |
| 01/11/2005 | 16 | BRIEF by Eckert, Seamans, Cherin and Mellott, LLC *IN SUPPORT OF ITS MOTION TO DISMISS*. (Levine, Devorah) (Entered: 01/11/2005) |
| 01/11/2005 | 17 | REPLY to Response to Motion re 9 MOTION to Dismiss filed by Greenberg Traurig, LLP, A. John Pappalardo. (Garvey, Matthew) (Entered: 01/11/2005) |

| | | |
|---|---|---|
| 01/11/2005 | 18 | MOTION to Strike *Affidavit of Philip G. Clark* by Greenberg Traurig, LLP, A. John Pappalardo.(Garvey, Matthew) (Entered: 01/11/2005) |
| 01/12/2005 | 19 | AMENDED COMPLAINT against Greenberg Traurig, LLP, A. John Pappalardo, Eckert, Seamans, Cherin and Mellott, LLC, filed by International Strategies Group, LTD.(Johnson, Jay) (Entered: 01/13/2005) |
| 01/21/2005 | 20 | MOTION to Dismiss *Amended Complaint* by Greenberg Traurig, LLP, A. John Pappalardo.(Garvey, Matthew) (Entered: 01/21/2005) |
| 01/21/2005 | 21 | MEMORANDUM in Support re 20 MOTION to Dismiss *Amended Complaint* filed by Greenberg Traurig, LLP, A. John Pappalardo. (Garvey, Matthew) (Entered: 01/21/2005) |
| 01/21/2005 | 22 | MOTION to Dismiss *The Amended Complaint* by Eckert, Seamans, Cherin and Mellott, LLC.(Levine, Devorah) (Entered: 01/21/2005) |
| 01/25/2005 | 23 | Opposition re 18 MOTION to Strike *Affidavit of Philip G. Clark* filed by International Strategies Group, LTD. (Johnson, Jay) (Entered: 02/02/2005) |
| 02/04/2005 | 24 | Opposition re 20 MOTION to Dismiss *Amended Complaint* filed by Greenberg Traurig, LLP, A. John Pappalardo, Eckert, Seamans, Cherin and Mellott, LLC. (Johnson, Jay) (Entered: 02/08/2005) |
| 02/04/2005 | 25 | Opposition re 22 MOTION to Dismiss *The Amended Complaint* filed by Eckert, Seamans, Cherin and Mellott, LLC. (Johnson, Jay) (Entered: 02/08/2005) |
| 03/29/2005 | 26 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered denying 20 Motion to Dismiss, denying 22 Motion to Dismiss. A pretrial conference is scheduled for 4/26/05. (Urso, Lisa) (Entered: 03/30/2005) |
| 03/29/2005 | | Motions terminated: 7 MOTION to Dismiss filed by Eckert, Seamans, Cherin and Mellott, LLC,, 9 MOTION to Dismiss filed by A. John Pappalardo,, Greenberg Traurig, LLP. Amended complaint filed. (Urso, Lisa) (Entered: 03/30/2005) |
| 04/08/2005 | | NOTICE of Hearing: Pretrial Conference set for 4/26/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/08/2005) |

| | | |
|---|---|---|
| 04/11/2005 | 27 | MOTION for Leave to Appear Pro Hac Vice by William B. Mallin by Eckert, Seamans, Cherin and Mellott, LLC.(Levine, Devorah) (Entered: 04/11/2005) |
| 04/11/2005 | 28 | MOTION for Leave to Appear Pro Hac Vice by Timothy S. Coon by Eckert, Seamans, Cherin and Mellott, LLC.(Levine, Devorah) (Entered: 04/11/2005) |
| 04/12/2005 | 29 | ANSWER to Amended Complaint by Greenberg Traurig, LLP, A. John Pappalardo.(Garvey, Matthew) (Entered: 04/12/2005) |
| 04/12/2005 | 30 | ANSWER to Amended Complaint by Eckert, Seamans, Cherin and Mellott, LLC.(Levine, Devorah) (Entered: 04/12/2005) |
| 04/18/2005 | 31 | JOINT STATEMENT re scheduling conference. (Johnson, Jay) (Entered: 04/19/2005) |
| 04/26/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Initial Pretrial Conference held on 4/26/2005. Fact Discovery due by 1/31/2006; amended pleading 7/29/05; Further Scheduling Conference set for 2/8/2006 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. summary judgment 5/31/05; opposition 6/30/05; reply of 3 pages 7/7/05; hearing 7/12/05 at 2:30 p.m. (Urso, Lisa) (Entered: 04/26/2005) |
| 04/27/2005 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 27 Motion for Leave to Appear Pro Hac Vice Added William B. Mallin for Eckert, Seamans, Cherin and Mellott, LLC (Johnson, Jay) (Entered: 04/27/2005) |
| 04/27/2005 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 28 Motion for Leave to Appear Pro Hac Vice Added Timothy S. Coon for Eckert, Seamans, Cherin and Mellott, LLC (Johnson, Jay) (Entered: 04/27/2005) |
| 05/02/2005 | 32 | AMENDED ANSWER to *Amended Complaint* by Greenberg Traurig, LLP, A. John Pappalardo. (Garvey, Matthew) (Entered: 05/02/2005) |
| 05/03/2005 |  | FYI Notice of correction to docket made by Court staff. Correction: #32 Amended Answer corrected because: Document is not filed by the attorney who signed the document. In the future the pleading should be signed by the attorney who files the document. (Johnson, Jay) (Entered: 05/03/2005) |

| | | |
|---|---|---|
| 05/03/2005 | | Filing fee: $ 100, receipt number 63901 regarding Motion for Pro Hac Vice (Johnson, Jay) (Entered: 05/03/2005) |
| 05/31/2005 | 33 | MOTION for Summary Judgment by Eckert, Seamans, Cherin and Mellott, LLC.(Levine, Devorah) (Entered: 05/31/2005) |
| 05/31/2005 | 34 | MEMORANDUM in Support re 33 MOTION for Summary Judgment filed by Eckert, Seamans, Cherin and Mellott, LLC. (Levine, Devorah) (Entered: 05/31/2005) |
| 05/31/2005 | 35 | Proposed Document(s) submitted by Eckert, Seamans, Cherin and Mellott, LLC. Document received: Proposed Order. (Levine, Devorah) (Entered: 05/31/2005) |
| 05/31/2005 | 36 | AFFIDAVIT in Support re 33 MOTION for Summary Judgment, 34 Memorandum in Support of Motion *for Summary Judgment*. (Levine, Devorah) (Entered: 05/31/2005) |
| 05/31/2005 | 37 | MOTION for Summary Judgment by Greenberg Traurig, LLP, A. John Pappalardo.(Johnson, Jay) (Entered: 06/01/2005) |
| 05/31/2005 | 38 | MEMORANDUM in Support re 37 MOTION for Summary Judgment filed by Greenberg Traurig, LLP, A. John Pappalardo. (Johnson, Jay) (Entered: 06/01/2005) |
| 05/31/2005 | 39 | JOINT STATEMENT of facts re 37 MOTION for Summary Judgment. (Johnson, Jay) (Entered: 06/01/2005) |
| 05/31/2005 | 40 | DECLARATION by A. John Pappalardo. (Johnson, Jay) (Entered: 06/01/2005) |
| 05/31/2005 | 41 | TRANSMITTAL AFFIDAVIT of Mathew Garvey. (Johnson, Jay) (Entered: 06/01/2005) |
| 05/31/2005 | 42 | EXHIBITS 1-6 re 41 Transmittal Affidavit of Mathew Garvey. (not scanned bound booklet) (Johnson, Jay) (Entered: 06/01/2005) |
| 05/31/2005 | 43 | EXHIBITS A-T re 40 Declaration of John Pappalardo. (not scanned bound booklet) (Johnson, Jay) (Entered: 06/01/2005) |
| 05/31/2005 | 44 | SECOND DECLARATION by A. John Pappalardo. (Johnson, Jay) (Entered: 06/01/2005) |
| 06/06/2005 | 45 | SECOND DECLARATION by A. John Pappalardo. (Johnson, Jay) (Entered: 06/07/2005) |
| 06/17/2005 | 46 | MOTION for Leave to File a Brief in Excess of Twenty Pages by International Strategies Group, LTD.(Johnson, Jay) |

| | | |
|---|---|---|
| | | (Entered: 06/21/2005) |
| 06/23/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 46 Motion for Leave to File memorandum in excess of 20 pages (Urso, Lisa) (Entered: 06/23/2005) |
| 06/30/2005 | 47 | Response by International Strategies Group, LTD to 39 Joint Statement of Material facts. c/s. (Bell, Marie) (Entered: 07/01/2005) |
| 06/30/2005 | 48 | Opposition re 37 MOTION for Summary Judgment, 33 MOTION for Summary Judgment filed by International Strategies Group, LTD. (Attachments: # 1 Pages 21-38). c/s. (Bell, Marie) (Entered: 07/01/2005) |
| 06/30/2005 | 49 | Affidavit of Frank Hansen. (Bell, Marie) (Entered: 07/01/2005) |
| 06/30/2005 | 50 | EXHIBITS 1 - 10 re 49 Affidavit of Frank Hansen. (Bell, Marie) (Entered: 07/01/2005) |
| 06/30/2005 | 51 | AFFIDAVIT of Christopher G. L. Jones. c/s. (Bell, Marie) (Entered: 07/01/2005) |
| 06/30/2005 | 52 | AFFIDAVIT of Jessica Block. (Attachments: # 1 EXHIBITS 1-40)(Bell, Marie) (Entered: 07/01/2005) |
| 06/30/2005 | 53 | AFFIDAVIT of Kathleen C. Stone. (Attachments: # 1 Exhibit A# 2 Exhibit B). c/s.(Bell, Marie) (Entered: 07/01/2005) |
| 06/30/2005 | 54 | AFFIDAVIT of Philip G. Clark re 48 Opposition to Motions for Summary Judgment. c/s. (Attachments: # 1 EXHIBITS A-Q)(Bell, Marie) (Entered: 07/01/2005) |
| 06/30/2005 | 55 | AFFIDAVIT of Christopher M. Barber re 48 Opposition to Motion. c/s. (Attachments: # 1 EXHIBITS A - Y)(Bell, Marie) (Entered: 07/01/2005) |
| 07/07/2005 | 56 | REPLY to Response to Motion re 33 MOTION for Summary Judgment *Reply Brief* filed by Eckert, Seamans, Cherin and Mellott, LLC. (Levine, Devorah) (Entered: 07/07/2005) |
| 07/07/2005 | 57 | REPLY to Response to Motion re 37 MOTION for Summary Judgment filed by Greenberg Traurig, LLP, A. John Pappalardo. (Garvey, Matthew) (Entered: 07/07/2005) |
| 07/07/2005 | 58 | Joint MOTION to Strike 51 Affidavit, 52 Affidavit, 53 Affidavit, 54 Affidavit, 55 Affidavit, 49 Affidavit, 50 Exhibit |

|            |    |                                                                                                                                                                                                                                                                                                                      |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | by Greenberg Traurig, LLP, A. John Pappalardo, Eckert, Seamans, Cherin and Mellott, LLC. (Attachments: # 1 Exhibit Schedule)(Garvey, Matthew) (Entered: 07/07/2005)                                                                                                                                                   |
| 07/07/2005 | 59 | MEMORANDUM in Support re 58 Joint MOTION to Strike 51 Affidavit, 52 Affidavit, 53 Affidavit, 54 Affidavit, 55 Affidavit, 49 Affidavit, 50 Exhibit filed by Greenberg Traurig, LLP, A. John Pappalardo, Eckert, Seamans, Cherin and Mellott, LLC. (Attachments: # 1 Exhibit Correspondence)(Garvey, Matthew) (Entered: 07/07/2005) |
| 07/12/2005 | 60 | PRELIMINARY RESPONSE to Motion re 58 Joint MOTION to Strike 51 Affidavit, 52 Affidavit, 53 Affidavit, 54 Affidavit, 55 Affidavit, 49 Affidavit, 50 Exhibit filed by International Strategies Group, LTD. (Johnson, Jay) (Entered: 07/14/2005)                                                                         |
| 07/14/2005 | 61 | Letter/request (non-motion) from Jessica Block regarding payment of legal fees. (Johnson, Jay) (Entered: 07/15/2005)                                                                                                                                                                                                  |
| 07/21/2005 |    | Motions terminated: 18 MOTION to Strike *Affidavit of Philip G. Clark* filed by A. John Pappalardo,, Greenberg Traurig, LLP,. (Urso, Lisa) (Entered: 07/21/2005)                                                                                                                                                      |
| 08/01/2005 | 62 | TRANSCRIPT of Summary Judgment Hearing held on July 12, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/01/2005) |
| 01/12/2006 | 63 | JOINT MOTION for Extension of Time of discovery and pre-trial shedule by International Strategies Group, LTD, Greenberg Traurig, LLP, A. John Pappalardo, Eckert, Seamans, Cherin and Mellott, LLC.(Johnson, Jay) (Entered: 01/17/2006)                                                                                |
| 01/23/2006 |    | Judge Rya W. Zobel : endorsedORDER entered granting 63 Motion for Extension of Time. Fact discovery 6 months after a court decision on summary judgment and scheduling thereafter. (Urso, Lisa) (Entered: 01/23/2006)                                                                                                 |
| 01/30/2006 | 64 | Judge Rya W. Zobel : Memorandum of Decision entered granting 33 Motion for Summary Judgment, granting 37 Motion for Summary Judgment, denying 58 Motion to Strike (Urso, Lisa) (Entered: 01/30/2006)                                                                                                                  |
| 01/30/2006 | 65 | Judge Rya W. Zobel : ORDER entered. JUDGMENT in favor                                                                                                                                                                                                                                                                 |

| | | |
|---|---|---|
| | | of defendants against plaintiffs(Urso, Lisa) (Entered: 01/30/2006) |
| 02/09/2006 | 66 | MOTION for Reconsideration re 65 Judgment by International Strategies Group, LTD.(Johnson, Jay) (Entered: 02/10/2006) |
| 02/09/2006 | 67 | MEMORANDUM in Support re 66 MOTION for Reconsideration re 65 Judgment filed by International Strategies Group, LTD. (Johnson, Jay) (Entered: 02/10/2006) |
| 02/09/2006 | 68 | AFFIDAVIT of Christopher M. Barber in Support re 66 MOTION for Reconsideration re 65 Judgment. (Johnson, Jay) (Entered: 02/10/2006) |
| 02/09/2006 | 69 | AFFIDAVIT of Kathleen Stone in Support re 66 MOTION for Reconsideration re 65 Judgment. (Johnson, Jay) (Entered: 02/10/2006) |
| 02/09/2006 | 70 | AFFIDAVIT of Blaine Bortnick in Support re 66 MOTION for Reconsideration re 65 Judgment. (Johnson, Jay) (Entered: 02/10/2006) |
| 02/22/2006 | 71 | Opposition re 66 MOTION for Reconsideration re 65 Judgment filed by Eckert, Seamans, Cherin and Mellott, LLC. (Levine, Devorah) (Entered: 02/22/2006) |
| 02/22/2006 | 72 | Opposition re 66 MOTION for Reconsideration re 65 Judgment filed by Greenberg Traurig, LLP, A. John Pappalardo. (Garvey, Matthew) (Entered: 02/22/2006) |
| 02/22/2006 | 73 | MOTION to Strike 67 Memorandum in Support of Motion, 68 Affidavit in Support, 69 Affidavit in Support, 70 Affidavit in Support by Greenberg Traurig, LLP, A. John Pappalardo, Eckert, Seamans, Cherin and Mellott, LLC.(Garvey, Matthew) (Entered: 02/22/2006) |
| 02/22/2006 | 74 | MEMORANDUM in Support re 73 MOTION to Strike 67 Memorandum in Support of Motion, 68 Affidavit in Support, 69 Affidavit in Support, 70 Affidavit in Support filed by Greenberg Traurig, LLP, A. John Pappalardo, Eckert, Seamans, Cherin and Mellott, LLC. (Garvey, Matthew) (Entered: 02/22/2006) |
| 03/01/2006 | 75 | MOTION for Leave to File *a Reply Memorandum* by International Strategies Group, LTD.(Block, Jessica) (Entered: 03/01/2006) |
| 03/01/2006 | 76 | Proposed MEMORANDUM in Support re 75 MOTION for |

|  |  | Leave to File *a Reply Memorandum* filed by International Strategies Group, LTD. (Block, Jessica) (Entered: 03/01/2006) |
| --- | --- | --- |
| 03/02/2006 |  | Notice of correction to docket made by Court staff. Correction: #76 Reply Memorandum corrected because: Premature Filing. The motion for leave to file thid pleading has not been granted. An E-mail has been sent describing the fix. (Johnson, Jay) (Entered: 03/02/2006) |
| 03/03/2006 | 77 | Opposition re 75 MOTION for Leave to File *a Reply Memorandum* filed by Greenberg Traurig, LLP, A. John Pappalardo, Eckert, Seamans, Cherin and Mellott, LLC. (Garvey, Matthew) (Entered: 03/03/2006) |
| 03/08/2006 | 78 | Opposition re 73 MOTION to Strike 67 Memorandum in Support of Motion, 68 Affidavit in Support, 69 Affidavit in Support, 70 Affidavit in Support filed by International Strategies Group, LTD. (Block, Jessica) (Entered: 03/08/2006) |
| 03/30/2006 |  | Judge Rya W. Zobel : endorsedORDER entered denying 66 Motion for Reconsideration, finding as moot 73 Motion to Strike, finding as moot 75 Motion for Leave to File (Urso, Lisa) (Entered: 03/31/2006) |
| 04/25/2006 | 79 | NOTICE OF APPEAL as to 65 Judgment, Order on Motion for Reconsideration, Order on Motion to Strike, Order on Motion for Leave to File by International Strategies Group, LTD. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/15/2006. (Block, Jessica) (Entered: 04/25/2006) |
| 04/28/2006 | 80 | NOTICE OF APPEAL as to 64 Order on Motion for Summary Judgment,, Order on Motion to Strike, 65 Judgment, Order on Motion for Reconsideration, Order on Motion to Strike, Order on Motion for Leave to File by International Strategies Group, LTD. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/18/2006. (Johnson, Jay) (Entered: |

| | | 05/01/2006) | |
|---|---|---|---|