APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:03-cv-12035-EFH

Picanso v. U.S.A.
Assigned to: Senior Judge Edward F. Harrington
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 10/09/2003
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Movant**

**Jose Picanso**     represented by **Jose Picanso**
FCI Raybrook
P.O. Box 9009
Raybrook, NY 12977
PRO SE

V.

**Respondent**

**United States of America**     represented by **Michael J. Pelgro**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: michael.pelgro@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2003 | 1 | MOTION for Leave to Proceed in forma pauperis by Jose Picanso.(Jenness, Susan) (Entered: 10/22/2003) |
|  |  |  |

| | | |
|---|---|---|
| 10/22/2003 | | File forwarded for preliminary screening on IFP application (Jenness, Susan) Modified on 11/12/2003 (Jenness, Susan). (Entered: 10/22/2003) |
| 03/31/2004 | 2 | Judge Edward F. Harrington : ELECTRONIC ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 04/01/2004) |
| 10/27/2004 | | NOTICE of Hearing: Status Conference set for 12/14/2004 02:00 PM in Courtroom 13 before Edward F. Harrington. (Holahan, Sandra) (Entered: 10/27/2004) |
| 12/01/2004 | 3 | AMENDED PETITION filed by Jose Picanso, Petitioner (Holahan, Sandra) (Entered: 12/15/2004) |
| 12/16/2004 | 4 | Judge Edward F. Harrington : ORDER entered ORDER DISMISSING CASE(Holahan, Sandra) (Entered: 12/16/2004) |
| 12/30/2004 | 5 | Letter/request (non-motion) from Jose Picanso. (Holahan, Sandra) (Entered: 01/04/2005) |
| 01/04/2005 | | DOCKET SHEET sent to Jose Picanso. (Holahan, Sandra) (Entered: 01/04/2005) |
| 01/18/2005 | 6 | Letter/request (non-motion) from Jose Picanso. (Holahan, Sandra) (Entered: 01/21/2005) |
| 04/08/2005 | 7 | NOTICE OF APPEAL as to 4 Order Dismissing Case by Jose Picanso. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/28/2005. (Holahan, Sandra) (Entered: 04/12/2005) |
| 04/08/2005 | 8 | Letter/request (non-motion) from Jose Picanso. (Holahan, Sandra) (Entered: 04/12/2005) |
| 04/15/2005 | 9 | Certified and Transmitted Record on Appeal to US Court of Appeals re 7 Notice of Appeal, (Ramos, Jeanette) (Entered: 04/15/2005) |
| 04/20/2005 | 10 | USCA Case Number 05-1557 for 7 Notice of Appeal, filed by Jose Picanso,. (Ramos, Jeanette) (Entered: 04/20/2005) |
| 04/27/2005 | 11 | Judge Edward F. Harrington : ORDER entered re: Certificate of Appealability(Holahan, Sandra) (Entered: 04/27/2005) |

| | | |
|---|---|---|
| 06/01/2005 | | Filing fee: $ 5.00, receipt number 64623 regarding habeas corpus petition (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/30/2005 | 12 | NOTICE of Appearance by Michael J. Pelgro on behalf of United States of America (Holahan, Sandra) (Entered: 07/06/2005) |
| 07/07/2005 | 13 | USCA Judgment as to Notice of Appeal 7 filed by Jose Picanso. In accordance with this court's June 14, 2005 order which concluded that no filing fee should have been required in the district court, and the government not having filed any objection to the disposition proposed in the June 14, 2005 order, we grant a certificate of appealability, vacate the December 16, 2004 judgment of dismissal, and remanded for further proceedings. VACATED AND REMANDED. (Ramos, Jeanette) (Entered: 07/07/2005) |
| 07/07/2005 | | Case Reopened (Holahan, Sandra) (Entered: 07/08/2005) |
| 08/30/2005 | 14 | MANDATE of USCA as to 7 Notice of Appeal, filed by Jose Picanso. In accordance with this court's June 14, 2005 order which concluded that no filing fee should have been required in the district court, and the government not having filed any objection to the disposition proposed in the June 14, 2005 order, we grant a certificate of appealability, vacate the December 16, 2004 judgment of dismissal, and remand for further proceedings. VACATE AND REMANDED. (Ramos, Jeanette) (Entered: 08/30/2005) |
| 08/30/2005 | | Appeal Record Returned: 7 Notice of Appeal, (Ramos, Jeanette) (Entered: 08/30/2005) |
| 10/27/2005 | | Judge Edward F. Harrington : Electronic ORDER entered. Status Conference set for 11/22/2005 11:00 AM in Courtroom 13 before Judge Edward F. Harrington.(Holahan, Sandra) (Entered: 10/27/2005) |
| 11/22/2005 | 15 | Judge Edward F. Harrington : ORDER entered.After a status conference held on 11/22/05, the respondent USA is ordered to respond to the petition on or before 12/22/05. So Ordered (Diskes, Sheila) (Entered: 11/22/2005) |
| 02/01/2006 | | Judge Edward F. Harrington : Electronic ORDER entered. SCHEDULING ORDER: Status Conference set for 2/28/2006 11:00 AM in Courtroom 13 before Senior Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: |

| | | |
|---|---|---|
| | | 02/01/2006) |
| 02/21/2006 | 16 | MOTION for Extension of Time to April 3, 2006 to File Response/Reply *To Petitioner's Motion Pursuant To 28 U.S.C. Section 2255* by United States of America.(Pelgro, Michael) (Entered: 02/21/2006) |
| 02/21/2006 | 17 | MOTION to Continue Status Conference to Convenient Date After March 3, 2006 by United States of America.(Pelgro, Michael) (Entered: 02/21/2006) |
| 02/22/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 16 Motion for Extension of Time to File Response/Reply. MOTION ALLOWED. cc/cl Responses due by 4/3/2006 (Holahan, Sandra) (Entered: 02/22/2006) |
| 02/22/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 17 Motion to Continue. MOTION ALLOWED. cc/cl Status Conference set for 3/23/2006 11:00 AM before Senior Judge Edward F. Harrington. (Holahan, Sandra) (Entered: 02/22/2006) |
| 02/22/2006 | 18 | Judge Edward F. Harrington : ORDER entered. REVISED SCHEDULING ORDER: Status Conference RESET for 5/23/2006 11:00 AM in Courtroom 13 before Senior Judge Edward F. Harrington. SO ORDER. cc/cl(Holahan, Sandra) (Entered: 02/22/2006) |
| 03/06/2006 | 19 | Opposition re 16 MOTION for Extension of Time to April 3, 2006 to File Response/Reply *To Petitioner's Motion Pursuant To 28 U.S.C. Section 2255* filed by Jose Picanso. (Holahan, Sandra) (Entered: 03/14/2006) |
| 04/11/2006 | 20 | RESPONSE to *Petitioner's Motion Under 28 U.S.C. Section 2255* by United States of America. (Pelgro, Michael) (Entered: 04/11/2006) |
| 04/18/2006 | 21 | Judge Edward F. Harrington : ORDER entered. re 3 AMENDED PETITION. THE PETITION IS HEREBY DISMISSED. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 04/18/2006) |
| 04/18/2006 | | Civil Case Terminated. (Holahan, Sandra) (Entered: 04/18/2006) |
| 04/24/2006 | 22 | Letter/request (non-motion) from Jose Picanso. (Holahan, Sandra) (Entered: 04/27/2006) |

District of Massachusetts Version 2.5 Docket Report

| 04/27/2006 | (23) | NOTICE OF APPEAL as to 21 Order by Jose Picanso. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/17/2006. (Holahan, Sandra) (Entered: 05/04/2006) |
|---|---|---|

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12000

International Strategies Group

v.

Greengerg Traurig, LLP., et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-35, 37-49, 51-80

and contained in Volume(s) I-III are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/28/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 12, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/12/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06