**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-1791

INTERNATIONAL STRATEGIES GROUP, LTD.,

Plaintiff - Appellant,

v.

GREENBERG TRAURIG, LLP; A. JOHN PAPPALARDO;
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC,

Defendants - Appellees.

---

### JUDGMENT

Entered: May 17, 2006
Pursuant to 1st Cir. R. 27(d)

On April 25, 2006, plaintiff filed a notice of appeal (pleading No. 79) from the January 30, 2006 judgment and the March 31, 2006 denial of the motion for reconsideration entered in Civil Action No. 04-12000 (D. Mass.) which this court docketed as Appeal No. 06-1790. The same notice of appeal was again docketed on April 28, 2006, and this court has opened said appeal as Appeal No. 06-1791.

Appeal No. 06-1791 having also been docketed as Appeal No. 06-1790, it is hereby ordered that Appeal No. 06-1791 be closed.

So ordered.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Linda Bacey*
Deputy Clerk

Date: JUN 07 2006

By the Court:

Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By:_____
Margaret Carter, Chief Deputy Clerk

[cc: Ms. Block, Ms. Levine, Messrs: Garvey, Galvani, Coon and Mallin]