# United States Court of Appeals
## For the First Circuit

No. 06-1790

INTERNATIONAL STRATEGIES GROUP, LTD.,

Plaintiff, Appellant,

v.

GREENBERG TRAURIG, LLP, A. JOHN PAPPALARDO, AND
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC,

Defendants, Appellees.

---

### JUDGMENT

Entered: March 30, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of the defendants as to all of International Strategies Group, Ltd.'s, claims is affirmed. Costs to appellees.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: APR 13 2007

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[cc: Ms. Block, Mr. Garvey, Mr. Galvani, Mr. Coon, Ms. Levine, Ms. Born, & Mr. Mailin.]